UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. *04 CV 4567 (RCC)*

*ECF CASE*

---

**SR INTERNATIONAL BUSINESS INSURANCE COMPANY.,**

Plaintiff

vs.

**MCI, INC., BERNARD EBBERS, SCOTT D. SULLIVAN, BETTY L. VINSON, TROY M. NORMAND, BUFORD YATES JR., SUSAN G. BELL, CLIFFORD ALEXANDER JR., JAMES C. ALLEN, JUDITH AREEN, CARL J. AYCOCK, RONALD R. BEAUMONT, FRANCESCO GALESI, STILES A. KELLETT JR., GORDON S. MACKLIN, DAVID F. MYERS, JOHN A. PORTER, BERT C. ROBERTS JR., ESTATE OF JOHN W. SIDGMORE, LAWRENCE A. TUCKER, JUAN VILLALONGA, MAX E. BOBBIT, AND JOHN DOES 1-50,**

Defendants

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SR INTERNATIONAL BUSINESS INSURANCE COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Swiss Reinsurance Company**

Date:  June 17, 2004

**Signature of Attorney**
Attorney Bar Code:   CH8676

Form Rule7_1 WRD