

Cory E. Friedman (CF 5946)
123 East 75th Street
New York, NY 10021
(212) 879-9751
(212) 879-2595 (fax)
Attorney for Bert C. Roberts, Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
SR INTERNATIONAL BUSINESS
INSURANCE COMPANY,

      Plaintiff,

v.

MCI, INC., BERNARD EBBERS,
SCOTT D. SULLIVAN, BETTY L.
VINSON, TROY M. NORMAND, BUFORD
YATES, JR., SUSAN G. BELL,
CLIFFORD ALEXANDER, JR., JAMES
C. ALLEN, JUDITH AREEN, CARL
J. AYCOCK, RONALD R. BEAUMONT,
FRANCESCO GALESI, STILES A.
KELLETT, JR., GORDON S. MACKLIN,
DAVID F. MYERS, JOHN A. PORTER,
BERT C. ROBERTS, JR., ESTATE
OF JOHN W. SIDGMORE, LAWRENCE
A. TUCKER, JUAN VILLALONGA, MAX
E. BOBBITT, AND JOHN DOES 1-50,

      Defendants.
-----------------------------------x

04 Civ. 04567 (DLC)

ECF CASE

**NOTICE OF MOTION FOR
ADMISSION PRO HAC VICE**

2004 JUL 16 PM 4:
S.D. OF N.Y.
FILED

**PLEASE TAKE NOTICE** that, upon the Motion for Admission *Pro Hac Vice* of George E. Ridge, the Declaration George E. Ridge, Esq., and the Exhibit attached to the proposed order, submitted herewith, the undersigned will move the Court on July 29, 2004 at 9:30 a.m. or as soon thereafter as counsel may be heard for an order admitting

George E. Ridge *pro hac vice* in the above-captioned case on behalf of Defendant Bert C. Roberts, Jr.

Dated:  July 14, 2004
        New York, NY

                                               Cory E. Friedman (CF 5946)
                                               123 East 75th Street
                                               New York, NY 10021
                                               (212) 879-9751
                                               (212) 879-2595 (fax)
                                               Attorney for
                                               Bert C. Roberts, Jr.

Cory E. Friedman (CF 5946)
123 East 75th Street
New York, NY 10021
(212) 879-9751
(212) 879-2595 (fax)
Attorney for Bert C. Roberts, Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
SR INTERNATIONAL BUSINESS           :
INSURANCE COMPANY,                  :
                                    :
        Plaintiff,                  :
                                    :
v.                                  :
                                    :
MCI, INC., BERNARD EBBERS,          :   04 Civ. 04567 (DLC)
SCOTT D. SULLIVAN, BETTY L.         :
VINSON, TROY M. NORMAND, BUFORD     :       ECF CASE
YATES, JR., SUSAN G. BELL,          :
CLIFFORD ALEXANDER, JR., JAMES      :
C. ALLEN, JUDITH AREEN, CARL        :
J. AYCOCK, RONALD R. BEAUMONT,      :
FRANCESCO GALESI, STILES A.         :   **MOTION FOR ADMISSION**
KELLETT, JR., GORDON S. MACKLIN,    :   **PRO HAC VICE**
DAVID F. MYERS, JOHN A. PORTER,     :
BERT C. ROBERTS, JR., ESTATE        :
OF JOHN W. SIDGMORE, LAWRENCE       :
A. TUCKER, JUAN VILLALONGA, MAX     :
E. BOBBITT, AND JOHN DOES 1-50,     :
                                    :
        Defendants.                 :
                                    :
------------------------------------x

Defendant Bert C. Roberts, Jr. hereby moves for an order admitting George E. Ridge *pro hac vice* in the above-captioned case on behalf of Defendant Bert C. Roberts, Jr.

1.  George E. Ridge is a member of the law firm Cooper, Ridge & Lantinberg, P.A., 200 West Forsyth Street, Suite 1200, Jacksonville, FL 32202. As set forth in his Declaration, Mr. Ridge

is a member in good standing of the Bar of the State of Florida and is in good standing to practice before all courts to which he has been admitted.

2. The undersigned was admitted to practice before this Court on March 8, 1983, has know and worked with Mr. Ridge for at least fifteen (15) years, knows him to be eminently qualified to practice before this Court, and strongly recommends him for admission *pro hac vice* in this case.

WHEREFORE, the undersigned respectfully requests that the Court enter an order granting the Admission *pro hac vice* of George E. Ridge in the above-captioned case on behalf of Defendant Bert C. Roberts, Jr.

Dated:   July 14, 2004
         New York, NY

*[signature]*
Cory E. Friedman (CF 5946)
123 East 75th Street
New York, NY 10021
(212) 879-9751
(212) 879-2595 (fax)
Attorney for
Bert C. Roberts, Jr.

-2-

Cory E. Friedman (CF 5946)
123 East 75th Street
New York, NY 10021
(212) 879-9751
(212) 879-2595 (fax)
Attorney for Bert C. Roberts, Jr.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------x
:
SR INTERNATIONAL BUSINESS         :
INSURANCE COMPANY,                :
:
Plaintiff,          :
v.                                :
:
MCI, INC., BERNARD EBBERS,        :    04 Civ. 04567 (DLC)
SCOTT D. SULLIVAN, BETTY L.       :
VINSON, TROY M. NORMAND, BUFORD   :    ECF CASE
YATES, JR., SUSAN G. BELL,        :
CLIFFORD ALEXANDER, JR., JAMES    :
C. ALLEN, JUDITH AREEN, CARL      :
J. AYCOCK, RONALD R. BEAUMONT,    :
FRANCESCO GALESI, STILES A.       :
KELLETT, JR., GORDON S. MACKLIN,  :
DAVID F. MYERS, JOHN A. PORTER,   :
BERT C. ROBERTS, JR., ESTATE      :
OF JOHN W. SIDGMORE, LAWRENCE     :
A. TUCKER, JUAN VILLALONGA, MAX   :
E. BOBBITT, AND JOHN DOES 1-50,   :
:
Defendants.         :
:
---------------------------------x

**DECLARATION OF GEORGE E. RIDGE**

I, George E. Ridge, hereby declare as follows:

1. I submit this Declaration in Support of the Motion for Admission *Pro Hac Vice* of George E. Ridge.

2. I am a member of the law firm of Cooper, Ridge & Lantinberg, P.A., 200 West Forsyth Street, Suite 1200,

Jacksonville, Florida 32202.

    3.   I am a member in good standing of the Florida Bar. My Certificate of Good Standing from the Florida Bar is attached to the proposed order submitted herewith as Exhibit A.

    4.   I am admitted to practice before the United States District Court for the Middle, Northern and Southern Districts of Florida, and am in good standing to practice before all the courts to which I have been admitted.

    5.   I have not been subject to any discipline by any court or administrative body.

    6.   I have obtained a copy and have familiarized myself with the Local Rules of Practice of this Court.

    7.   I agree to abide by the rules of this Court, and to submit myself to the discipline of the Court as provided by such Rules and applicable law.

Executed on July 14, 2004.

                                              Respectfully submitted,

                                              _____
                                              George E. Ridge

Cory E. Friedman (CF 5946)
123 East 75th Street
New York, NY 10021
(212) 879-9751
(212) 879-2595 (fax)
Attorney for Bert C. Roberts, Jr.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------x
SR INTERNATIONAL BUSINESS          :
INSURANCE COMPANY,                 :
                                   :
     Plaintiff,                  :
v.                                 :
                                   :
MCI, INC., BERNARD EBBERS,         :   04 Civ. 04567 (DLC)
SCOTT D. SULLIVAN, BETTY L.        :
VINSON, TROY M. NORMAND, BUFORD    :   ECF CASE
YATES, JR., SUSAN G. BELL,         :
CLIFFORD ALEXANDER, JR., JAMES     :
C. ALLEN, JUDITH AREEN, CARL       :
J. AYCOCK, RONALD R. BEAUMONT,     :
FRANCESCO GALESI, STILES A.        :   **ORDER GRANTING**
KELLETT, JR., GORDON S. MACKLIN,   :   **ADMISSION PRO HAC VICE**
DAVID F. MYERS, JOHN A. PORTER,    :
BERT C. ROBERTS, JR., ESTATE       :
OF JOHN W. SIDGMORE, LAWRENCE      :
A. TUCKER, JUAN VILLALONGA, MAX    :
E. BOBBITT, AND JOHN DOES 1-50,    :
                                   :
     Defendants.                 :
                                   :
---------------------------------x

    Upon the Motion for Admission *Pro Hac Vice* of George E. Ridge, the Declaration George E. Ridge, Esq., and the Exhibit hereto, George E. Ridge is admitted *pro hac vice* in the above-captioned case on behalf of Defendant Bert C. Roberts, Jr.

Dated:   New York, NY
          July ___, 2004

                                                                 U.S.D.J.



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida        )

County of Leon         )

                In Re:    226701
                              George Edward Ridge
                              Cooper Ridge & Lantinberg Pa
                              200 W. Forsyth St. Ste. 1200
                              Jacksonville, Florida

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on February 01, 1977.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this ___9___ day of July, 2004.


_Willie Mae Shepherd_
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lpth5:R10

Cory E. Friedman (CF 5946)
123 East 75th Street
New York, NY 10021
(212) 879-9751
(212) 879-2595 (fax)
Attorney for Bert C. Roberts, Jr.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------x
SR INTERNATIONAL BUSINESS         :
INSURANCE COMPANY,                :
                                  :
         Plaintiff,               :
                                  :
v.                                :
                                  :
MCI, INC., BERNARD EBBERS,        :   04 Civ. 04567 (DLC)
SCOTT D. SULLIVAN, BETTY L.       :
VINSON, TROY M. NORMAND, BUFORD   :       ECF CASE
YATES, JR., SUSAN G. BELL,        :
CLIFFORD ALEXANDER, JR., JAMES    :
C. ALLEN, JUDITH AREEN, CARL      :
J. AYCOCK, RONALD R. BEAUMONT,    :
FRANCESCO GALESI, STILES A.       :   **DECLARATION OF SERVICE**
KELLETT, JR., GORDON S. MACKLIN,  :
DAVID F. MYERS, JOHN A. PORTER,   :
BERT C. ROBERTS, JR., ESTATE      :
OF JOHN W. SIDGMORE, LAWRENCE     :
A. TUCKER, JUAN VILLALONGA, MAX   :
E. BOBBITT, AND JOHN DOES 1-50,   :
                                  :
         Defendants.              :
                                  :
---------------------------------x

CORY E. FRIEDMAN declares:

I am an attorney duly admitted to practice before the Courts of the State of New York and this Court, over the age of 18 years and not a party to this action. On July 14, 2004, pursuant to agreement, I served, by e-mail with telephonic confirmation, the annexed Notice of Motion, Motion, Declaration and proposed order with Certificate of Good Standing, upon:

Richard A. Kissel (rkissel@kplaw.net)
Charles Hyman (chyman@kplaw.net)
Kissel & Pesce LLP
550 White Plains Road
Tarrytown, New York  10571

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2004

_____
CORY E. FRIEDMAN