Geoffrey Harper, Esq. (*Pro Hac Vice*)
Beth Jaynes, Esq. (*Pro Hac Vice)*
Kelly Vickers, Esq. (*Pro Hac Vice*)
FISH & RICHARDSON, P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: 214 747-5070
Facsimile: 214 747-2091

Autumn Hwang, Esq. (AH 5164)
FISH & RICHARDSON, P.C.
45 Rockefeller Plaza, Suite 2800
New York, NY 10111
Telephone: 212 765-5070
Facsimile: 212 258-2291

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SR INTERNATIONAL BUSINESS INSURANCE COMPANY,<br><br>**Plaintiff**<br><br>v.<br><br>MCI, INC., BERNARD EBBERS, SCOTT D. SULLIVAN, BETTY L. VINSON, TROY M. NORMAND, BUFORD YATES, JR., SUSAN G. BELL, CLIFFORD ALEXANDER, JR., JAMES C. ALLEN, JUDITH AREEN, CARL J. AYCOCK, RONALD R. BEAUMONT, FRANCESCO GALESI, STILES A. KELLETT, JR., GORDON S. MACKLIN, DAVID F. MYERS, JOHN A. PORTER, BERT C. ROBERTS, JR., ESTATE OF JOHN W. SIDGMORE, LAWRENCE A. TUCKER, JUAN VILLALONGA, MAX E. BOBBITT, AND JOHN DOES 1-50,<br><br>**Defendants** | Case No.: 04 Civ 04567 (DLC) (ECF Case) |

**DEFENDANT FRANCESCO GALESI'S JOINDER AND ADOPTION
<u>OF THE MOTION OF BERT C. ROBERTS, JR. TO DISMISS</u>**

Defendant Francesco Galesi, by and through their undersigned counsel, hereby join and adopt the Defendant Bert C. Roberts, Jr.'s Motion to Dismiss This Action for Lack of Subject Matter Jurisdiction, Pursuant to F.R.Civ.P. 12(h)(3) and memorandum in support thereof, filed on July 7, 2004 and Defendant Bert C. Roberts, Jr.'s Reply Memorandum on His Motion to Dismiss This Action for lack of Subject Matter Jurisdiction, Prusuant to F.R.Civ.P. 12(h)(3), filed on July 27, 2004.

Respectfully submitted,

FISH & RICHARDSON P.C.

Dated: August 13, 2004

By: _____
Autumn J.S. Hwang (AH 5164)
45 Rockefeller Plaza, Suite 2800
New York, NY 10111
Telephone: 212 765-5070
Facsimile: 212 258-2291

Geoffrey Harper, Esq. (*Pro Hac Vice*)
Beth Jaynes, Esq. (*Pro Hac Vice*)
Kelly Vickers, Esq. (*Pro Hac Vice*)
FISH & RICHARDSON, P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: 214 747-5070
Facsimile: 214 747-2091

Attorneys for Defendant
FRANCESCO GALESI

30199930.doc