UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

SR International Business Insurance Company

vs.

MCI, Inc., et al.

No. 04CV4567

AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Judge's Rules, Instructions for Filing and Electronic Case or Appeal, Magistrates Judge's Rules, Rule 7.1 Statement, Complaint and Jury Demand, First Amended Complaint and Jury Demand, Exhibits to First Amended Complaint Volume I and Exhibits to First Amended Complaint Volume II in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 7:01 am on August 10, 2004, I served Clifford Alexander, Jr. at 512 A Street, SE, Washington, DC 20003 by posting on the front door. In addition to the service noted above, I attempted to serve the above mentioned documents on August 1, 2004 at 8:30 pm and on August 2, 2004 at 9:15 pm but there was no answer at the door. On August 5, 2004 at 2:40 pm, I called Mr. Alexander and he stated that he would accept service at his residence. On August 5, 2004 at 8:52 pm, a man stated through the door that Clifford Alexander, Jr. was not home. I believe that that man was Clifford Alexander, Jr.. On August 9, 2004 at 6:00 pm, I knocked on the door but there was no answer. On August 10, 2004 I caused a copy of the documents to be mailed to Mr. Clifford Alexander, Jr. at 512 A Street, SE, Washington, DC 20003, first class U.S. Postage prepaid.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

AMBIKO GUICE
Our File#- 137553

SUBSCRIBED and SWORN to before me this 11th day of August, 2004.

Notary Public

My commission expires: 03-31-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

SR INTERNATIONAL BUSINESS INSURANCE              Case No. 04CV4567
COMPANY,
                        Plaintiff,

            -v-                                  **AFFIDAVIT OF**
                                                 **SERVICE OF**
                                                 **MAILING**

MCI, Inc., BERNARD EBBERS, et al.,

                        Defendants.
------------------------------------------------------------

STATE OF NEW YORK    }
COUNTY OF NEW YORK   }ss.:

Ian Thomson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On August 10, 2004 I mailed a copy of the SUMMONS, JUDGE'S RULES, INSTRUCTIONS FOR ELECTRONIC FILING, MAGISTRATE JUDGE'S RULES, RULE 7.1 STATEMENT, COMPLAINT & JURY DEMAND, FIRST AMENDED COMPLAINT & JURY DEMAND, EXHIBITS TO FIRST AMENDED COMPLAINT VOL. I, and EXHIBITS TO FIRST AMENDED COMPLAINT VOL. II to **CLIFFORD ALEXANDER, JR.,** defendant therein named, by enclosing same in an envelope, postage prepaid, properly addressed to him at 512 A Street SE, Washington, DC 20003, his last known address, and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant

_____
Ian Thomson

Sworn before me, this
11th day of August, 2004.

_____
Notary Public

MAUREEN I. MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 60-4827421
Qualified in Westchester County
My Commission Expires May 31, 20 06

*LegalEase, Inc.*