| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ * | DATE 8/4/04    Time: 8:20 pm |
| NAME OF SERVER *(PRINT)*  Frederick Parsons, Jr. | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. ~~Place where served:~~ JUDITH AREEN

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Johnathan Cooper, son

4212 Rosemary Street, Chevy Chase, Maryland 20815

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/5/04
            Date

*Signature of Server*

CAPITOL PROCESS SERVICES
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

* Judge's Rules, Instructions for Filing and Electronic Case or Appeal, Magistrates Judge's Rules, Rule 7.1 Statement, Complaint and Jury Demand, First Amended Complaint and Jury Demand, Exhibits to First Amended Complaint Volume I and Exhibits to First Amended Complaint Volume II

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| SR INTERNATIONAL BUSINESS INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　　-v-<br><br>MCI, Inc., BERNARD EBBERS, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 04CV4567<br><br><br>**AFFIDAVIT OF SERVICE OF MAILING** |

-----------------------------------------------------------------

STATE OF NEW YORK　　}
COUNTY OF NEW YORK　}ss.:

Ian Thomson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On August 10, 2004 I mailed a copy of the SUMMONS, JUDGE'S RULES, INSTRUCTIONS FOR ELECTRONIC FILING, MAGISTRATE JUDGE'S RULES, RULE 7.1 STATEMENT, COMPLAINT & JURY DEMAND, FIRST AMENDED COMPLAINT & JURY DEMAND, EXHIBITS TO FIRST AMENDED COMPLAINT VOL. I, and EXHIBITS TO FIRST AMENDED COMPLAINT VOL. II to **JUDITH AREEN,** defendant therein named, by enclosing same in an envelope, postage prepaid, properly addressed to her at 4212 Rosemary St., Chevy Chase, MD 20815, her last known address, and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ian Thomson

Sworn before me, this
11th day of August, 2004.

_____
Notary Public

MAUREEN I. MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 60-4827421
Qualified in Westchester County
My Commission Expires May 31, 20 06

*LegalEase Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070　•　800-393-1277　•　Fax: 212-393-9796