UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

SR International Business Insurance Company

vs.

MCI, Inc., et al.

No. 04CV4567

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, FREDERICK PARSONS, JR., having been duly authorized to make service of the Summons, Judge's Rules, Instructions for Filing and Electronic Case or Appeal, Magistrates Judge's Rules, Rule 7.1 Statement, Complaint and Jury Demand, First Amended Complaint and Jury Demand, Exhibits to First Amended Complaint Volume I and Exhibits to First Amended Complaint Volume II in the above entitled case, hereby depose and say:

That my date of birth is 12-18-1965.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 8:10 pm on August 3, 2004, I served John W. Sidgemore (Estate of) at 9505 Persimmon Tree Road, Potomac, Maryland 20854 by serving, Randy Sidgemore, wife, a person of suitable age and discretion who stated she resides therein with the defendant. Described herein:

```
SEX-     FEMALE
AGE-     45
HEIGHT-  5'3"
HAIR-    BROWN
WEIGHT-  120
COLOR-   WHITE
```

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

FREDERICK PARSONS, JR.
Our File#- 137556

SUBSCRIBED and SWORN to before me this 16th day of August 2004.

Notary Public

My commission expires: 03-31-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

SR INTERNATIONAL BUSINESS INSURANCE           Case No. 04CV4567
COMPANY,
                    Plaintiff,

              -v-                             **AFFIDAVIT OF
                                              SERVICE OF
                                              MAILING**

MCI, Inc., BERNARD EBBERS, et al.,

                    Defendants.
-----------------------------------------------------------------
STATE OF NEW YORK    }
COUNTY OF NEW YORK   }ss.:

Ian Thomson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On August 10, 2004 I mailed a copy of the SUMMONS, JUDGE'S RULES, INSTRUCTIONS FOR ELECTRONIC FILING, MAGISTRATE JUDGE'S RULES, RULE 7.1 STATEMENT, COMPLAINT & JURY DEMAND, FIRST AMENDED COMPLAINT & JURY DEMAND, EXHIBITS TO FIRST AMENDED COMPLAINT VOL. I, and EXHIBITS TO FIRST AMENDED COMPLAINT VOL. II to THE ESTATE OF **JOHN W. SIDGMORE,** defendant therein named, by enclosing same in an envelope, postage prepaid, properly addressed to her at 9505 Persimmon Tree Rd., Potomac, MD 20854, his last known address, and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant

                                              _____
                                                    Ian Thomson

Sworn before me, this
11th day of August, 2004.

                              MAUREEN I. MINTZER
_____       NOTARY PUBLIC-STATE OF NEW YORK
Notary Public                       No. 60-4827421
                              Qualified in Westchester County
                              My Commission Expires May 31, 20 06

*LegalEase Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796