UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

SR International Business Insurance Company

vs.

MCI, Inc., et al.

No. 04CV4567

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, FREDERICK PARSONS, JR., having been duly authorized to make service of the Summons, Judge's Rules, Instructions for Filing and Electronic Case or Appeal, Magistrates Judge's Rules, Rule 7.1 Statement, Complaint and Jury Demand, First Amended Complaint and Jury Demand, Exhibits to First Amended Complaint Volume I and Exhibits to First Amended Complaint Volume II in the above entitled case, hereby depose and say:

That my date of birth is 12-18-1965.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 8:10 pm on August 9, 2004, I served Gordan S. Macklin at 8212 Burning Street Road, Bethesda, Maryland 20817 by serving Gordan S. Macklin, personally.   Described herein:

```
   SEX-   MALE
   AGE-   76
HEIGHT-   5'8"
  HAIR-   GRAY
WEIGHT-   170
 COLOR-   WHITE
```

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_____
FREDERICK PARSONS, JR.
Our File#- 137557

SUBSCRIBED and SWORN to before me this 11th day of August 2004.

_____
Notary Public

My commission expires: 03-31-09