UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| SR INTERNATIONAL BUSINESS INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>          -v-<br><br>MCI, Inc., BERNARD EBBERS, et al.,<br><br>                    Defendants. | Case No. 04CV4567<br><br>**AFFIDAVIT OF SERVICE** |

-----------------------------------------------------------------

STATE OF NEW YORK       }
COUNTY OF NEW YORK   }ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On August 10, 2004 at 4:10 p.m. at 593 Riversville Road, Greenwich, CT 06831, I served the within SUMMONS, JUDGE'S RULES, INSTRUCTIONS FOR ELECTRONIC FILING, MAGISTRATE JUDGE'S RULES, RULE 7.1 STATEMENT, COMPLAINT & JURY DEMAND, FIRST AMENDED COMPLAINT & JURY DEMAND, EXHIBITS TO FIRST AMENDED COMPLAINT VOL. I, and EXHIBITS TO FIRST AMENDED COMPLAINT VOL. II on LAWRENCE A. TUCKER, defendant therein named, by delivering true copies of same to MARY ANN TUCKER, wife, and a person of suitable age and discretion at the defendant's dwelling place.

The person served is a white female, blonde hair, 55-65 years old, 5'4" - 5'6", 110-120 pounds.

On August 11, 2004 I mailed a copy of the above documents to Lawrence A. Tucker, defendant therein named, by enclosing same in an envelope, postage prepaid, properly addressed to him at 593 Riversville Road, Greenwich, CT 06831, his last known residence, and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant.

_____
Caswell Bryan
Lic. 8468461

Sworn before me, this
11th day of August, 2004.

_____
Notary Public

MAUREEN I. MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 60-4827421
Qualified in Westchester County
My Commission Expires May 31, 2006

*LegalEase Inc.*

139 Fulton Street, New York, NY 10038
Tel:   212-393-9070   •   800-393-1277   •   Fax: 212-393-9796