# AFFIDAVIT OF SERVICE

| State of New York | County of Southern District | U.S. District Court |

Index Number: 04CV4567
Date Filed: _____

Plaintiff:
**SR International Business Insurance Company,**

vs.

Defendant:
**MCI Inc. et al.,**

For:
Richard Kissel
Kissel & Pesce LLP
555 White Plains Rd.
5th Floor
Terrytown, NY  10591

Received by legalEase on the 30th day of July, 2004 at 3:28 pm to be served on **JAMES C. ALLEN, 3023 Club Drive, Miramar Beach, Fl. 32550.**

I, George C. Duke, being duly sworn, depose and say that on the **31st day of July, 2004** at **3:00 pm**, I:

**Individually Served** the within named person with a true copy of the **Summons, Judges Rules, Instr. for filing Elec. Case or Appeal, Magistrate Judge's rules, Rule 7:1 Statement, Complaint & Jury Demand, First Amend. Complaint and Jury Demand, Exs. to First Amend. Complaint Vol 1 and Vol. 2**, pursuant to state statutes.

**Description** of Person Served:  Age: 50,  Sex: M,  Race/Skin Color: White,  Height: 6'0,  Weight: 200,  Hair: Black W/Grey,  Glasses: N

I certify that at the time of service, I placed on the face of that process my printed name, signature, identification number, and a statement that I am a certified process server in the first Judicial Circuit of Florida; and that I endorsed on that original process and all copies served, the date and hour of service.

_____
George C. Duke
Process Server 008

Subscribed and Sworn to before me on the 1st day of August, 2004 by the affiant who is personally known to me.

_____
NOTARY PUBLIC
 My commission expires:
 Commission No



legalEase
139 Fulton St.
New York, NY  10038
(212) 393-9070

Our Job Serial Number: 2004000150

Service Fee: _____

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f