AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NUMBER: 04 CV 4567
JUDGE CASEY

Plaintiff
SR INTERNATIONAL BUSINESS INSURANCE COMPANY

Defendant
MCI, INC., BERNARD EBBERS, SCOTT SULLIVAN, ET AL

Received by Jonathan Levy on the 30th Day Of July 2004 at 10:00 am to be served on Mr. Scott Sullivan located at 6318 Woodbury Road, Boca Raton, Florida 33433

I, Jonathan Levy, being duly sworn, depose and say that on the 30th day of July, 2004 at 8:35 pm, effectuated service by delivering a true copy of the *Summons in a Civil Case, Judge's Rules, Instructions for Filing an Electronic Case or Appeal, Magistrate Judge's Rules, Rule 7.1 Statement, Complaint and Jury Demand, Exhibits to First Amended Complaint Volume I, and Exhibits to First Amended Complaint Volume II in* accordance with New York State and Federal Statutes in the manner marked below:

**PERSONAL IN-HAND:** Service of process was effectuated by placing said documents into the hands of Scott Sullivan. Service took place at 6318 Woodbury Road, Boca Raton, Florida 33433, which is the usual place of abode of Scott Sullivan.

**Mr. Scott Sullivan is approximately described as, white, male, sandy hair, light eyes, 5'10", and 175 lbs and between the ages of 38-45.**

**Mr. Scott Sullivan is NOT active in the Military**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the 31st day
Of July 2004 by the Affiant who is Personally
Known to me.

E'lyn-Carole Bryan
Commission # DD141572
Expires Sep. 18, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

NOTARY PUBLIC

JONATHAN LEVY
PROCESS SERVER #487
COURT CERTIFIED, FLORIDA
PALM BEACH, COUNTY, FLORIDA

LegalEase, Inc.
139 Fulton Street
New York, New York 10038
212-393-9070