IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SR INTERNATIONAL BUSINESS INSURANCE CO.,<br><br>               Plaintiff,<br><br>vs.<br><br>MCI, INC., et al.<br><br>               Defendant. | CIVIL ACTION<br>CASE NO.: 04 CV 4567 |

## AFFIDAVIT OF SERVICE

COMES NOW, JEROY ROBINSON, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and, being sworn on oath, deposes and states as follows:

1.

I served STILES A. KELLETT JR with the below-listed documents in this matter,

at 3651 TUXEDO RD NW, ATLANTA, GA 30305,

on July 31, 2004, at 3:00 PM:

    SUMMONS/COMPLAINT AND JURY DEMAND, JUDGE'S RULES, INTRUCTIONS FOR FILING,
    MAGISTRATE'S RULES, RULE 7.1 STATEMENT, 1ST AMENDED COMPALITN WITH EXHIBITS

Said documents were served by handing same to STILES A. KELLETT JR.

2.

Mr. kellett Jr is a white male in his 60's, 5'7", 160lbs with glasses.

Dated: August 3rd, 2004.

                                                JEROY ROBINSON

Sworn to and subscribed before me
this 3rd day of August, 2004.
at Atlanta, Georgia.

_____
Notary Public

[Notary Seal: CHAUNTE BANKS, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, EXPIRES MARCH 21, 2006]