# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of So New York

Case Number: 04 CV 4567

Plaintiff:
**SR INTERNATIONAL BUSINESS INSURANCE COMPANY**

vs.

Defendant:
**MCI, INC, et al.,**

For:
Kissel & Pesce, LLP
555 White Plains Road
5th Floor
Tarrytown, NY 10591

Received by Legal Ease, Inc., on the 30th day of July, 2004 at 12:30 pm to be served on **MAX E. BOBBITT,**.

I, Thomas Mosley, being duly sworn, depose and say that on the **31st day of July, 2004** at **1:48 pm**, I:

**Individually Served** the within named person with a true copy of this **Summons in a Civil Case, Judge's Rules, Instructions for Filing an Electronic Case or Appeal, Magistrate Judge's Rules. Rule 7.1 Statement, Complaint and Jury Demand, First Amended Complaint and Jury Demand, Exhibits to First Amended Complaint Vol. I, Exhibit to First Amended Complaint, Vol II.** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Additional Information pertaining to this Service:**
Located and served at 551 White Pelican Circle, Vero Beach, Fl. 32963

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: W, Height: 5'9", Weight: 150, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 31st day of July, 2004 by the affiant who is personally known to me.

_Stephanie Burgess_
NOTARY PUBLIC

Stephanie Burgess
MY COMMISSION # CC988959 EXPIRES
December 18, 2004
BONDED THRU TROY FAIN INSURANCE, INC.

**Thomas Mosley**
CPS 04-01

Legal Ease, Inc.,
139 Fulton Street
New York, NY 10038
(800) 393-1277

Our Job Serial Number: 2004001258

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f