**Bombet, Cashio & Associates**
800-256-5333

Baton Rouge, LA - 11220 N. Harrell's Ferry Rd., Baton Rouge, LA 70816
New Orleans, LA - Bombet, Cashio & Vara, 5020 Trenton St., Metairie, LA 70006
Lafayette, LA - Bombet, Cashio & Assoc, 207 S. William Dr., Lafayette, LA 70506
Dallas, TX - Bombet, Cashio & Bombet, 1601 Monterrey, Garland, TX 75042

## Nationwide Investigations & Process Service

## Affidavit of Process Server

**Name of Court:** United States District Court Southern District of New York

**Plaintiff/Petitioner:** SR International Business
**Defendant/Respondent:** VS MCI, Inc et al
**Case Number:** 04 CV 4567

I, **Steven Cooper**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Troy M. Normand** (Name of Person / Entity Being Served)

with (list documents) Summons in a civil case, Judge's Rules, Instructions for filing an electronic case, Magistrate's rules, Rule 7.1 Statement, Complaint and Jury Demand, First Amended Complaint, Exhibits Vol 1 and 2

by leaving with _____ NAME _____ RELATIONSHIP _____ At

☑ Residence: 17262 Trinidad Drive, Prairieville, LA 70769
☐ Business: _____

On **August 5, 2004** AT **6:32 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on _____

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) ___ (2) ___ (3) ___ (4) ___ (5) ___

**Description:** Age 30's Sex M Race W Height 5'10" Weight 180 Hair Brown Beard ✗ none Glasses ✗ none

SUBSCRIBED AND SWORN to before me this 6th day of Aug, 2004.

Signature of Process Server: Steve Cooper

Notary Seal: Thomas Cashio, Notary No. 29187, Louisiana