UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

SR INTERNATIONAL BUSINESS INSURANCE COMPANY,

               Plaintiff,

               -v-

MCI, Inc., BERNARD EBBERS, et al.,

               Defendants.
----------------------------------------------------------------

Case No. 04CV4567

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   }
COUNTY OF NEW YORK  }ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On August 3, 2004 at 10:30 a.m. at 435 East 52nd Street, New York, NY, 10022, I served the within SUMMONS, JUDGE'S RULES, INSTRUCTIONS FOR ELECTRONIC FILING, MAGISTRATE JUDGE'S RULES, RULE 7.1 STATEMENT, COMPLAINT & JURY DEMAND, FIRST AMENDED COMPLAINT & JURY DEMAND, EXHIBITS TO FIRST AMENDED COMPLAINT VOL. I, and EXHIBITS TO FIRST AMENDED COMPLAINT VOL. II on FRANCESCO GALESI, defendant therein named, by delivering a true copy to MARK, doorman.

The building has an outside gate, supervised by an outside doorman. I requested entry into the building, and was refused. I asked to speak to the supervisor, who came out. He told me his name was Mark, but that he would not give me his last name. When I asked him to call upstairs to Mr. Galesi's apartment, he told me he would call when he was good and ready. Mark refused me entry into the building past the lobby. He told me to leave the documents with him and to leave the building.

The person served is a white male, brown hair, 25-35 years old, 6'1"-6'2", 180-190 pounds.



On August 4, 2004 I mailed a copy of the above documents to Francesco Galesi, defendant therein named, by enclosing same in an envelope, postage prepaid, properly addressed to him at 435 East 52nd Street, New York, NY 10022, his last known residence, and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant

                                                                                                   Caswell Bryan
                                                                                                   Lic. 8468461

Sworn before me, this
4th day of August, 2004.

Notary Public

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20__