# VERIFIED RETURN OF SERVICE

| State of NEW YORK | County of | U.S. District Court |
|---|---|---|

Index Number: 04-CV-4567
Date Filed: _____

Plaintiff:
**SR INTERNATIONAL BUSINESS INSURANCE COMPANY**

vs.

Defendant:
**MCI, INC., et al.**

For:
Richard A. Kissel
KISSEL & PESCE, LLP
555 White Plains Road
5th Floor
Tarrytown, NJ  10591

Received by LEGAL EASE, INC. on the 2nd day of August, 2004 at 8:08 pm to be served on **JOHN A. PORTER, 6 VIA LOS INCAS, PALM BEACH, FL  33480**.

I, Chris Moussally, being duly sworn, depose and say that on the **4th day of August, 2004** at **1:00 pm, I:**

**Substitute Served** by leaving a true copy of this **SUMMONS IN A CIVIL CASE; JUDGE'S RULES; INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; MAGISTRATE JUDGE'S RULES; RULE 7.1 STATEMENT; COMPLAINT AND JURY DEMAND; FIRST AMENDED COMPLAINT AND JURY DEMAND; EXHIBITS TO FIRST AMENDED COMPLAINT VOL I; EXHIBITS TO FIRST AMENDED COMPLAINT VOL II** with the date and hour of service endorsed thereon by me with, WILLA PORTER as WIFE and informing said person of the contents thereof.

**Description** of Person Served:  Age: 45,  Sex: F,  Race/Skin Color: White,  Height: 5'7",  Weight: 140,  Hair: Red,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true.

Subscribed and Sworn to before me on the 5th day of August, 2004 by the affiant who is personally known to me.

NOTARY

**Chris Moussally**
CPS #997

**LEGAL EASE, INC.**
**139 Fulton Street**
**New York, NY  10038**
**(800) 393-1277**

Our Job Serial Number: 2004003252

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

SR INTERNATIONAL BUSINESS INSURANCE COMPANY,                    Case No. 04CV4567

                Plaintiff,

        -v-                                                               **AFFIDAVIT OF SERVICE OF MAILING**

MCI, Inc., BERNARD EBBERS, et al.,

                Defendants.
-----------------------------------------------------------------

STATE OF NEW YORK    }
COUNTY OF NEW YORK   }ss.:

Ian Thomson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On August 10, 2004 I mailed a copy of the SUMMONS, JUDGE'S RULES, INSTRUCTIONS FOR ELECTRONIC FILING, MAGISTRATE JUDGE'S RULES, RULE 7.1 STATEMENT, COMPLAINT & JURY DEMAND, FIRST AMENDED COMPLAINT & JURY DEMAND, EXHIBITS TO FIRST AMENDED COMPLAINT VOL. I, and EXHIBITS TO FIRST AMENDED COMPLAINT VOL. II to **JOHN A. PORTER**, defendant therein named, by enclosing same in an envelope, postage prepaid, properly addressed to him at 6 Via Los Incas, Palm Beach, FL 33480, his last known address, and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant

                                                       _____
                                                       Ian Thomson

Sworn before me, this
11th day of August, 2004.      MAUREEN I. MINTZER
                               NOTARY PUBLIC-STATE OF NEW YORK
_____            No. 60-4827421
Notary Public                  Qualified in Westchester County
                               My Commission Expires May 31, 20 06

*LegalEase, Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796