# AFFIDAVIT OF SERVICE

Re:   SR International Business Insurance Company v. MCI, Inc. et al.
      USDC – SDNY    Case # 04 CV 4567

I, Jimmy A. Smithson, do hereby certify that I am over the age of 18 years, am a legal resident of the state of Mississippi, and that I have no personal interest in captioned legal issue.

On Thursday, July 29, 2004, I received the following legal documents to serve on Carl J. Aycock, 844 Natchez Drive NE, Brookhaven, MS 39601: Summons in a Civil Case, Judge's Rules, Instructions for Filing an Electronic Case or Appeal, Magistrate Judge's Rules, Rule 7.1 Statement, Complaint and Jury Demand, Exhibits to First Amended Complaint Vol. I, and Exhibits to First Amended Complaint Vol. II.

On Thursday, July 29, 2004 at 3:31 P.M. at 844 Natchez Drive NE, Brookhaven, MS 39601, I personally served Carl J. Aycock with the above noted legal documents.

Carl J. Aycock is described as being approximately 6' tall, dark graying hair, 170-180 pounds, slim build, age mid 50's.

*Jimmy A. Smithson* (signature)

Jimmy A. Smithson
McAllister & Associates, Inc.
Post Office Box 12082
Jackson, Mississippi
601/977-0406

STATE OF MISSISSIPPI

COUNTY OF _Hinds_

Subscribed and sworn to before me, in my presence,

This 30th day of _July_, 2004

*Ann M. Harrison* (signature)
Notary Public

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES AUG 11, 2006
BONDED THRU STEGALL NOTARY SERVICE