## AFFIDAVIT OF SERVICE

Re:   SR International Business Insurance Company v. MCI, Inc. et al.
      USDC – SDNY  Case # 04 CV 4567

I, Jimmy A. Smithson, do hereby certify that I am over the age of 18 years, am a legal resident of the state of Mississippi, and that I have no personal interest in captioned legal issue.

On Thursday, July 29, 2004, I received the following legal documents to serve on David F. Myers, 202 Ash ton Place, Madison, MS 39110: Summons in a Civil Case, Judge's Rules, Instructions for Filing an Electronic Case or Appeal, Magistrate Judge's Rules, Rule 7.1 Statement, Complaint and Jury Demand, Exhibits to First Amended Complaint Vol. I, and Exhibits to First Amended Complaint Vol. II.

On Saturday, July 31, 2004 at 12:32 P.M. at 202 Ashton Place, Madison, MS 39110, I personally served David F. Myers.

David F. Myers is described as being approximately 5'10" tall, 170-180 pounds, dark tan, thinning hair, slim build, age early 50's.

*Jimmy A. Smithson*
Jimmy A. Smithson
McAllister & Associates, Inc.
Post Office Box 12082
Jackson, Mississippi
601/977-0406

STATE OF MISSISSIPPI

COUNTY OF Hinds

Subscribed and sworn to before me, in my presence,

This 2nd day of August, 2004

*Ann H. Harrison*
Notary Public

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES AUG 11, 2008
BONDED THRU STEGALL NOTARY SERVICE