# AFFIDAVIT OF SERVICE

Re:   SR International Business Insurance Company v. MCI, Inc. et al.
      USDC – SDNY  Case # 04 CV 4567

I, Jimmy A. Smithson, do hereby certify that I am over the age of 18 years, am a legal resident of the state of Mississippi, and that I have no personal interest in captioned legal issue.

On Thursday, July 29, 2004, I received the following legal documents to serve on Bernard J. Ebbers, 505 N. Jackson, Street, Brookhaven, MS 39601: Summons in a Civil Case, Judge's Rules, Instructions for Filing an Electronic Case or Appeal, Magistrate Judge's Rules, Rule 7.1 Statement, Complaint and Jury Demand, Exhibits to First Amended Complaint Vol. I, and Exhibits to First Amended Complaint Vol. II.

On Thursday, July 29, 2004 at 3:11 P.M. at 121 S. Railroad Avenue, Brookhaven, MS 39601, I personally served Bernard J. Ebbers with the above noted legal documents.

Bernard J. Ebbers is described as being approximately 6'4" tall, 210-220 pounds, slim build, light gray hair and beard, no glasses, age mid 60's.

*Jimmy A. Smithson* (signature)

Jimmy A. Smithson
McAllister & Associates, Inc.
Post Office Box 12082
Jackson, Mississippi
601/977-0406

STATE OF MISSISSIPPI

COUNTY OF _Hinds_

Subscribed and sworn to before me, in my presence,

This _30th_ day of _July_, 2004

_Ann M. Harrison_ (signature)
Notary Public

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES AUG 11, 2006
BONDED THRU STEGALL NOTARY SERVICE