# AFFIDAVIT OF SERVICE

Re: SR International Business Insurance Company v. MCI, Inc. et al.
USDC – SDNY   Case # 04 CV 4567

I, R. S. McAllister Jr., do hereby certify that I am over the age of 18 years, am a legal resident of the state of Mississippi, and that I have no personal interest in captioned legal issue.

On Thursday, July 29, 2004, I received the following legal documents to serve on Buford T. Yates, Jr., 108 Redbud Drive Brandon, MS 39047: Summons in a Civil Case, Judge's Rules, Instructions for Filing an Electronic Case or Appeal, Magistrate Judge's Rules, Rule 7.1 Statement, Complaint and Jury Demand, Exhibits to First Amended Complaint Vol. I, and Exhibits to First Amended Complaint Vol. II.

On Thursday, July 29, 2004 at 6:33 P.M., I personally served Buford T. Yates, Jr. the above noted legal documents at his home, 108 Redbud Drive, Brandon, MS.

Yates is described as being a white male, age 50's, 5'11"-6' tall, 220-240 pounds, stocky build, salt and pepper hair with a mustache and goatee of same color, and wearing dark rimmed glasses.

R. S. McAllister, Jr.
President
McAllister & Associates, Inc.
Post Office Box 12082
Jackson, Mississippi
601/977-0406

STATE OF MISSISSIPPI

COUNTY OF Hinds

Subscribed and sworn to before me, in my presence,

This 30th day of July, 2004

Notary Public

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES AUG 11, 2006
BONDED THRU STEGALL NOTARY SERVICE