# AFFIDAVIT OF SERVICE

Re:   SR International Business Insurance Company v. MCI, Inc. et al.
      USDC – SDNY   Case # 04 CV 4567

I, Jimmy A. Smithson, do hereby certify that I am over the age of 18 years, am a legal resident of the state of Mississippi, and that I have no personal interest in captioned legal issue.

On Thursday, July 29, 2004, I received the following legal documents to serve on Betty L. Vinson, 53 Chestnut Drive, Madison, MS 39110: Summons in a Civil Case, Judge's Rules, Instructions for Filing an Electronic Case or Appeal, Magistrate Judge's Rules, Rule 7.1 Statement, Complaint and Jury Demand, Exhibits to First Amended Complaint Vol. I, and Exhibits to First Amended Complaint Vol. II.

On Saturday, July 31, 2004 at 11:49 A.M. at 53 Chestnut Drive, Madison, MS 39110, I personally served Tom Vinson, husband of Betty L. Vinson, who advised he would give to his wife.

Tom Vinson is described as being approximately 6'2" tall, reddish hair, mustache, 210-220 pounds, age 45-50.

*Jimmy A. Smithson*
Jimmy A. Smithson
McAllister & Associates, Inc.
Post Office Box 12082
Jackson, Mississippi
601/977-0406

STATE OF MISSISSIPPI
COUNTY OF Hinds

Subscribed and sworn to before me, in my presence,

This 2nd day of August, 2004

_____
Notary Public

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES AUG 11, 2006
BONDED THRU STEGALL NOTARY SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| SR INTERNATIONAL BUSINESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>MCI, Inc., BERNARD EBBERS, et al.,<br><br>Defendants. | Case No. 04CV4567<br><br><br>**AFFIDAVIT OF SERVICE OF MAILING** |

-----------------------------------------------------------------

STATE OF NEW YORK    }
COUNTY OF NEW YORK   }ss.:

Bruce Lazarus, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Pleasantville, NY:

On August 5, 2004 I mailed a copy of the SUMMONS, JUDGE'S RULES, INSTRUCTIONS FOR ELECTRONIC FILING, MAGISTRATE JUDGE'S RULES, RULE 7.1 STATEMENT, COMPLAINT & JURY DEMAND, FIRST AMENDED COMPLAINT & JURY DEMAND, EXHIBITS TO FIRST AMENDED COMPLAINT VOL. I, and EXHIBITS TO FIRST AMENDED COMPLAINT VOL. II to Betty L. Vinson, defendant therein named, by enclosing same in an envelope, postage prepaid, properly addressed to her at 53 Chestnut Drive, Madison, MS 39110, her last known residence, and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant

                                                                                         _____
                                                                                         Bruce Lazarus
                                                                                         Lic. 778916

Sworn before me, this
5th day of August, 2004.

_____
Notary Public

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified in Westchester County
My Commission Expires September 02, 2005

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796