*Moonlighters/Schaeffer Papers*
*100 North Main Street, Suite 2206*
*Memphis, Tennessee 38103*
             (901) 527-4623             *FAX:* (901) 578-7424

# AFFIDAVIT OF PROCESS SERVER

I, Andrew Bland, first being duly sworn, make oath as follows:  I have served the Defendant _Susan Bell, by serving Joseph Emison,  on the 10th day of August, 2004 at 4:40 p.m located at:
      9245 Mason Street, Olive Branch, MS.

I have served the Defendant of the following papers:
Summons in a Civil Case; Judge's Rules; Instructions for Filing an Electronic Case or Appeal; Magistrate Judge's Rules; Rule 7.1 Statement; Complaint and Jury Demand; First Amended Complaint and Jury Demand; Exhibits to First Amended Complaint Vol I; and Exhibits to First Amended Complaint VOl II.

Docket No. SDNY 04CV4567

_____
Private Process server

SWORN TO AND SUBSCRIBED before me this the 20 day of August, 2004.

_____
Notary Public

My Commission Expires: 6-7-6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

| | |
|---|---|
| SR INTERNATIONAL BUSINESS INSURANCE COMPANY,<br><br>                     Plaintiff,<br><br>              -v-<br><br>MCI, Inc., BERNARD EBBERS, et al.,<br><br>                     Defendants. | Case No. 04CV4567<br><br>**AFFIDAVIT OF SERVICE OF MAILING** |

-------------------------------------------------------------------

STATE OF NEW YORK    }
COUNTY OF NEW YORK   }ss.:

Ian Thomson, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On August 13, 2004 I mailed a copy of the SUMMONS, JUDGE'S RULES, INSTRUCTIONS FOR ELECTRONIC FILING, MAGISTRATE JUDGE'S RULES, RULE 7.1 STATEMENT, COMPLAINT & JURY DEMAND, FIRST AMENDED COMPLAINT & JURY DEMAND, EXHIBITS TO FIRST AMENDED COMPLAINT VOL. I, and EXHIBITS TO FIRST AMENDED COMPLAINT VOL. II to **Susan G. Bell, a/k/a Susan Mayer,** defendant therein named, by enclosing same in an envelope, postage prepaid, properly addressed to her at 9245 Mason St., Olive Branch, MS 38654 her last known address, and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant

_____
Ian Thomson

Sworn before me, this
13th day of August, 2004.

_____
Notary Public

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 2006

LegalEase Inc.
139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796