UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SR INTERNATIONAL BUSINESS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br> v.<br><br>MCI, INC, et al.,<br><br>    Defendants. | 04 Civ. 04567 (DLC)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Defendant MCI, Inc. in the captioned action.  Please serve copies of all papers in the captioned action upon the undersigned attorneys at the office listed below.

Dated: New York, New York
   September 20, 2004

            **GIBBONS, DEL DEO, DOLAN,
            GRIFFINGER & VECCHIONE, P.C.**
            One Pennsylvania Plaza - 37th Floor
            New York, New York 10119-3701
            (212) 649-4700
            *Attorneys for Defendant MCI , Inc.*


            By:___/s Michael S. O'Reilly_____
              Patrick C. Dunican, Jr. (PCD-9401)
              Michael S. O'Reilly (MO-4609)

            Of Counsel:

            David W. Steuber, Esq.
            Howrey Simon Arnold & White, LLP
            550 South Hope Street, Suite 1100
            Los Angeles, California  90071
            (213) 892-1800 (phone)
            (213) 892-2300 (fax)

TO:    Richard A. Kissell (RK-0072)
Charles Hyman (CH-8676)
Kissell & Pesce LLP
555 White Plains Road, 5th Floor
Tarrytown, New York 10591
(914) 750-5933 (phone)
(914) 750-5922 (fax)
*Attorneys for Plaintiff , SR International Business Insurance Company*

Cory Edward Friedman, Esq.
Law Office of Cory E. Friedman
123 East 75th Street
New York, NY  10021
(212) 897-9751 (phone)
(212) 879-2595 (fax)
Email: c.friedman@att.net
*Attorney for Defendant, Bert C. Roberts, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2004, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Richard A. Kissell (RK-0072)
Charles Hyman (CH-8676)
Kissell & Pesce LLP
555 White Plains Road, 5th Floor
Tarrytown, New York 10591
(914) 750-5933 (phone)
(914) 750-5922 (fax)
Email: chyman@kplaw.net
Email: rkissel@kplaw.net
*Attorneys for Plaintiff, SR International Business Insurance Company*

Cory Edward Friedman, Esq.
Law Office of Cory E. Friedman
123 East 75th Street
New York, NY  10021
(212) 897-9751 (phone)
(212) 879-2595 (fax)
Email: c.friedman@att.net
*Attorney for Defendant, Bert C. Roberts, Jr.*

            /s Michael S. O'Reilly
            Michael S. O'Reilly