UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SR INTERNATIONAL BUSINESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MCI, INC, et al.,<br><br>Defendants. | 04 Civ. 04567 (DLC)<br><br>ECF CASE<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MCI, Inc. states

as follows:  MCI, Inc. has no parent corporation nor does any publicly held corporation own 10%

or more of MCI, Inc.'s stock.  The attached Schedule A sets forth a list of entities in which MCI,

Inc. may have a financial interest or other interest which may be substantially affected by the

outcome of this matter.  MCI, Inc. is a Georgia corporation with its principal place of business in

Ashburn, Virginia.  MCI, Inc. is a publicly traded company.

Dated: New York, New York
       September 20, 2004

**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.**
One Pennsylvania Plaza - 37th Floor
New York, New York 10119-3701
(212) 649-4700
*Attorneys for Defendant MCI , Inc.*

By:___/s Michael S. O'Reilly_____
       Patrick C. Dunican, Jr. (PCD-9401)
       Michael S. O'Reilly (MO-4609)

Of Counsel:

David W. Steuber, Esq.
Howrey Simon Arnold & White, LLP
550 South Hope Street, Suite 1100
Los Angeles, California  90071
(213) 892-1800 (phone)
(213) 892-2300 (fax)

TO:    Richard A. Kissell (RK-0072)
       Charles Hyman (CH-8676)
       Kissell & Pesce LLP
       555 White Plains Road, 5th Floor
       Tarrytown, New York 10591
       (914) 750-5933 (phone)
       (914) 750-5922 (fax)
       *Attorneys for Plaintiff , SR International Business Insurance Company*

       Cory Edward Friedman, Esq.
       Law Office of Cory E. Friedman
       123 East 75th Street
       New York, NY  10021
       (212) 897-9751 (phone)
       (212) 879-2595 (fax)
       Email: c.friedman@att.net
       *Attorney for Defendant, Bert C. Roberts, Jr.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 20, 2004, the foregoing document was filed with the

Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or

the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service

upon the following parties and participants:


Richard A. Kissell (RK-0072)
Charles Hyman (CH-8676)
Kissell & Pesce LLP
555 White Plains Road, 5th Floor
Tarrytown, New York 10591
(914) 750-5933 (phone)
(914) 750-5922 (fax)
Email: chyman@kplaw.net
Email: rkissel@kplaw.net
*Attorneys for Plaintiff, SR International Business Insurance Company*

Cory Edward Friedman, Esq.
Law Office of Cory E. Friedman
123 East 75th Street
New York, NY  10021
(212) 897-9751 (phone)
(212) 879-2595 (fax)
Email: c.friedman@att.net
*Attorney for Defendant, Bert C. Roberts, Jr.*


      /s Michael S. O'Reilly      
Michael S. O'Reilly

**SCHEDULE A**

1.    1-800-Collect, Inc., Affiliate/Subsidiary of MCI

2.    3568695 Canada, Inc., Affiliate/Subsidiary of MCI

3.    Access Network Services, Inc., Affiliate/Subsidiary of MCI

4.    Access Virginia, Inc., Affiliate/Subsidiary of MCI

5.    Advantage Company Limited, Affiliate/Subsidiary of MCI

6.    ALD Communications, Inc., Affiliate/Subsidiary of MCI

7.    ANS Communications Europe Ltd., Affiliate/Subsidiary of MCI

8.    BFC Communications, Inc., Affiliate/Subsidiary of MCI

9.    Bittel Telecommunications Corporation, Affiliate/Subsidiary of MCI

10.   Brooks Fiber Communications-LD, Inc., Affiliate/Subsidiary of MCI

11.   Brooks Fiber Communications of Arkansas, Inc., Affiliate/Subsidiary of MCI

12.   Brooks Fiber Communications of Bakersfield, Inc., Affiliate/Subsidiary of MCI

13.   Brooks Fiber Communications of Connecticut, Inc., Affiliate/Subsidiary of MCI

14.   Brooks Fiber Communications of Fresno, Inc., Affiliate/Subsidiary of MCI

15.   Brooks Fiber Communications of Idaho, Inc., Affiliate/Subsidiary of MCI

16.   Brooks Fiber Communications of Massachusetts, Inc., Affiliate/Subsidiary of MCI

17.   Brooks Fiber Communications of Michigan, Inc., Affiliate/Subsidiary of MCI

18.   Brooks Fiber Communications of Minnesota, Inc., Affiliate/Subsidiary of MCI

19.   Brooks Fiber Communications of Mississippi, Inc., Affiliate/Subsidiary of MCI

20.   Brooks Fiber Communications of Missouri, Inc., Affiliate/Subsidiary of MCI

21.   Brooks Fiber Communications of Nevada, Inc., Affiliate/Subsidiary of MCI

22.   Brooks Fiber Communications of New England, Inc., Affiliate/Subsidiary of MCI

23.   Brooks Fiber Communications of New Mexico, Inc., Affiliate/Subsidiary of MCI

24.   Brooks Fiber Communications of New York, Inc., Affiliate/Subsidiary of MCI

25.    Brooks Fiber Communications of Ohio, Inc., Affiliate/Subsidiary of MCI

26.    Brooks Fiber Communications of Oklahoma, Inc., Affiliate/Subsidiary of MCI

27.    Brooks Fiber Communications of Rhode Island, Inc., Affiliate/Subsidiary of MCI

28.    Brooks Fiber Communications of Sacramento, Inc., Affiliate/Subsidiary of MCI

29.    Brooks Fiber Communications of San Jose, Inc., Affiliate/Subsidiary of MCI

30.    Brooks Fiber Communications of Stockton, Inc., Affiliate/Subsidiary of MCI

31.    Brooks Fiber Communications of Tennessee, Inc., Affiliate/Subsidiary of MCI

32.    Brooks Fiber Communications of Texas, Inc., Affiliate/Subsidiary of MCI

33.    Brooks Fiber Communications of Tucson, Inc., Affiliate/Subsidiary of MCI

34.    Brooks Fiber Communications of Tulsa, Inc., Affiliate/Subsidiary of MCI

35.    Brooks Fiber Communications of Utah, Inc., Affiliate/Subsidiary of MCI

36.    Brooks Fiber Communications of Virginia, Inc., Affiliate/Subsidiary of MCI

37.    Brooks Fiber Properties, Inc., Affiliate/Subsidiary of MCI

38.    BTC Finance Corp., Affiliate/Subsidiary of MCI

39.    BTC Transportation Corporation, Affiliate/Subsidiary of MCI

40.    Business Internet, Inc., Affiliate/Subsidiary of MCI

41.    CC Wireless, Inc., Affiliate/Subsidiary of MCI

42.    Chicago Fiber Optic Corporation, Affiliate/Subsidiary of MCI

43.    CMIST Pty Limited, Affiliate/Subsidiary of MCI

44.    Com Systems, Inc., Affiliate/Subsidiary of MCI

45.    COM/NAV Realty Corp., Affiliate/Subsidiary of MCI

46.    Compuplex Incorporated, Affiliate/Subsidiary of MCI

47.    Comunicaciones Racotec, S.A., Affiliate/Subsidiary of MCI

48.    Corporacion ABC Internacional S.de R.L. de C.V., Affiliate/Subsidiary of MCI

49.    Cross Country Telecommunications, Inc., Affiliate/Subsidiary of MCI

50.     Cross Country Wireless, Inc., Affiliate/Subsidiary of MCI

51.     CS Network Services, Inc., Affiliate/Subsidiary of MCI

52.     CS Wireless Battle Creek, Inc., Affiliate/Subsidiary of MCI

53.     CS Wireless Systems, Inc., Affiliate/Subsidiary of MCI

54.     Debrant Limited, Affiliate/Subsidiary of MCI

55.     Digex, Incorporated, Affiliate/Subsidiary of MCI

56.     Digex International Holding Company

57.     Digex "UK" Limited

58.     Digex "Netherland" B.V.

59.     Digex "Sweden" AB

60.     Digex Germany GmbH

61.     Digex France SAS

62.     E.L. Acquisition, Inc., Affiliate/Subsidiary of MCI

63.     Embratel Participações S.A. (51.79%), Affiliate/Subsidiary of MCI

64.     Empresa Brasileira de Telecomunicacoes, Affiliate/Subsidiary of MCI

65.     ESAG Holdings Participacoes S.A., Affiliate/Subsidiary of MCI

66.     Express Communications, Inc., Affiliate/Subsidiary of MCI

67.     Fibercom of Missouri, Inc., Affiliate/Subsidiary of MCI

68.     Fibernet, Inc., Affiliate/Subsidiary of MCI

69.     FiberNet Rochester, Inc., Affiliate/Subsidiary of MCI

70.     Fox Court Nominees Limited, Affiliate/Subsidiary of MCI

71.     Gemini Submarine Cable System, Inc., Affiliate/Subsidiary of MCI

72.     Gemini Submarine Cable System Limited, Affiliate/Subsidiary of MCI

73.     Gemini Submarine Cable System (UK) Limited, Affiliate/Subsidiary of MCI

74.     Guimar Holdings S.A., Affiliate/Subsidiary of MCI

75.    Healan Communications, Inc., Affiliate/Subsidiary of MCI

76.    ICI Capital LLC, Affiliate/Subsidiary of MCI

77.    IDB Communications Group Limited, Affiliate/Subsidiary of MCI

78.    IDB London Gateway Limited, Affiliate/Subsidiary of MCI

79.    INnet N.V., Affiliate/Subsidiary of MCI

80.    INnet International N.V., Affiliate/Subsidiary of MCI

81.    INnet Luxembourg S.A., Affiliate/Subsidiary of MCI

82.    INnet Netherlands, Affiliate/Subsidiary of MCI

83.    Institutional Communications Company, Affiliate/Subsidiary of MCI

84.    Intelligent Investment Partners, Inc., Affiliate/Subsidiary of MCI

85.    Intermedia Capital, Inc., Affiliate/Subsidiary of MCI

86.    Intermedia Communications, Inc., Affiliate/Subsidiary of MCI

87.    Intermedia Communications of Virginia, Inc., Affiliate/Subsidiary of MCI

88.    Intermedia Investment, Inc., Affiliate/Subsidiary of MCI

89.    Intermedia Licensing Company, Affiliate/Subsidiary of MCI

90.    Intermedia Services LLC, Affiliate/Subsidiary of MCI

91.    Internet Connect Centre B.V., Affiliate/Subsidiary of MCI

92.    InterNLnet B.V., Affiliate/Subsidiary of MCI

93.    J.B. Telecom, Inc., Affiliate/Subsidiary of MCI

94.    Jones Lightwave of Denver, Inc., Affiliate/Subsidiary of MCI

95.    M.K. International SA, Affiliate/Subsidiary of MCI

96.    Marconi Telegraph Cable Company, Inc., Affiliate/Subsidiary of MCI

97.    McCourt Cable and Communications Limited, Affiliate/Subsidiary of MCI

98.    MCI Bolivian Investments Company S.A., Affiliate/Subsidiary of MCI

99.    MCI Canada, Inc., Affiliate/Subsidiary of MCI

100.    MCI-CIS, Affiliate/Subsidiary of MCI

101.    MCI (CIS) LLC, Affiliate/Subsidiary of MCI

102.    MCI Communications Corporation, Affiliate/Subsidiary of MCI

103.    MCI Equipment Acquisition Corporation, Affiliate/Subsidiary of MCI

104.    MCI Finance Limited, Affiliate/Subsidiary of MCI

105.    MCI Galaxy III Transponder Leasing, Inc., Affiliate/Subsidiary of MCI

106.    MCI Global Access Corporation, Affiliate/Subsidiary of MCI

107.    MCI Global Support Corporation, Affiliate/Subsidiary of MCI

108.    MCI Internacional Guatemala, Sociedad Anonima, Affiliate/Subsidiary of MCI

109.    MCI International (Argentina) S.A., Affiliate/Subsidiary of MCI

110.    MCI International (Chile) S.A., Affiliate/Subsidiary of MCI

111.    MCI International (Colombia) Ltda., Affiliate/Subsidiary of MCI

112.    MCI International (France) S.A.R.L, Affiliate/Subsidiary of MCI

113.    MCI International, Inc., Affiliate/Subsidiary of MCI

114.    MCI International (Ireland) Limited, Affiliate/Subsidiary of MCI

115.    MCI International (Italy) S.R.L., Affiliate/Subsidiary of MCI

116.    MCI International (Japan) Co., Ltd., Affiliate/Subsidiary of MCI

117.    MCI International Panama, S.A., Affiliate/Subsidiary of MCI

118.    MCI International (Portugal) Telecomunicacoes, Lda., Affiliate/Subsidiary of MCI

119.    MCI International Services, L.L.C., Affiliate/Subsidiary of MCI

120.    MCI International Telecommunications Corporation, Affiliate/Subsidiary of MCI

121.    MCI International Telecomunicacoes do Brasil Ltda., Affiliate/Subsidiary of MCI

122.    MCI International Telecommunications Holding Corporation

123.    MCI Investments Holdings, Inc., Affiliate/Subsidiary of MCI

124.    MCImetro Access Transmission Services LLC, Affiliate/Subsidiary of MCI

125.  MCImetro Access Transmission Services of Virginia, Inc., Affiliate/Subsidiary of MCI

126.  MCI Network Technologies, Inc., Affiliate/Subsidiary of MCI

127.  MCI Omega Properties, Inc., Affiliate/Subsidiary of MCI

128.  MCI/OTI Corporation, Affiliate/Subsidiary of MCI

129.  MCI Payroll Services, LLC, Affiliate/Subsidiary of MCI

130.  MCI Research, Inc., Affiliate/Subsidiary of MCI

131.  MCI Solutions Telecomunicacoes Ltda, Affiliate/Subsidiary of MCI

132.  MCI Systemhouse L.L.C, Affiliate/Subsidiary of MCI

133.  MCI Telecommunications (Israel) Ltd., Affiliate/Subsidiary of MCI

134.  MCI Telecommunications Ltd., Affiliate/Subsidiary of MCI

135.  MCI Telecommunications (South Africa) (Proprietary) Limited, Affiliate/Subsidiary of MCI

136.  MCI Transcon Corporation, Affiliate/Subsidiary of MCI

137.  MCI Wireless, Inc., Affiliate/Subsidiary of MCI

138.  MCI WorldCom (Ireland) Limited, Affiliate/Subsidiary of MCI

139.  MCI WorldCom (Spain), S.A., Affiliate/Subsidiary of MCI

140.  MCI WorldCom A.G., Affiliate/Subsidiary of MCI

141.  MCI WorldCom AS, Affiliate/Subsidiary of MCI

142.  MCI WorldCom Asia Pacific Limited, Affiliate/Subsidiary of MCI

143.  MCI WorldCom Asia Pte. Limited, Affiliate/Subsidiary of MCI

144.  MCI WorldCom Australia Pty Limited, Affiliate/Subsidiary of MCI

145.  MCI WorldCom B.V., Affiliate/Subsidiary of MCI

146.  MCI WORLDCOM Brands, L.L.C., Affiliate/Subsidiary of MCI

147.  MCI WORLDCOM Brazil LLC, Affiliate/Subsidiary of MCI

148.  MCI WORLDCOM Brooks Telecom, LLC, Affiliate/Subsidiary of MCI

149.  MCI WORLDCOM Capital Management Corporation, Affiliate/Subsidiary of MCI

150.  MCI WorldCom Communications (Ireland) Limited, Affiliate/Subsidiary of MCI

151.  MCI WorldCom Communications Japan Ltd., Affiliate/Subsidiary of MCI

152.  MCI WORLDCOM Communications of Virginia, Inc., Affiliate/Subsidiary of MCI

153.  MCI WORLDCOM Communications, Inc., Affiliate/Subsidiary of MCI

154.  MCI WorldCom Deutschland GmbH, Affiliate/Subsidiary of MCI

155.  MCI WorldCom Financial Management Corporation, Affiliate/Subsidiary of MCI

156.  MCI WorldCom Finland Oy, Affiliate/Subsidiary of MCI

157.  MCI WORLDCOM Global Networks U.S., Inc., Affiliate/Subsidiary of MCI

158.  MCI WorldCom Holding B.V., Affiliate/Subsidiary of MCI

159.  MCI WorldCom Holding France, Affiliate/Subsidiary of MCI

160.  MCI WorldCom India Private Limited, Affiliate/Subsidiary of MCI

161.  MCI WorldCom International (Hungary) Telecommunications Ltd., Affiliate/Subsidiary
      of MCI

162.  MCI WORLDCOM International, Inc., Affiliate/Subsidiary of MCI

163.  MCI WorldCom Japan Limited, Affiliate/Subsidiary of MCI

164.  MCI WorldCom Korea Limited, Affiliate/Subsidiary of MCI

165.  MCI WorldCom Limited (formerly WorldCom International Limited),
      Affiliate/Subsidiary of MCI

166.  MCI WorldCom Malaysia SDN., BHD., Affiliate/Subsidiary of MCI

167.  MCI WorldCom Management Company, Inc., Affiliate/Subsidiary of MCI

168.  MCI WORLDCOM MFS Telecom, LLC, Affiliate/Subsidiary of MCI

169.  MCI WORLDCOM Network Services of Virginia, Inc., Affiliate/Subsidiary of MCI

170.  MCI WORLDCOM Network Services, Inc., Affiliate/Subsidiary of MCI

171.  MCI WorldCom New Zealand Limited, Affiliate/Subsidiary of MCI

172.    MCI WorldCom Peru SRL, Affiliate/Subsidiary of MCI

173.    MCI WorldCom Philippines, Inc., Affiliate/Subsidiary of MCI

174.    MCI WORLDCOM Receivables Corporation, Affiliate/Subsidiary of MCI

175.    MCI WorldCom S.A., Affiliate/Subsidiary of MCI

176.    MCI WorldCom S.p.A., Affiliate/Subsidiary of MCI

177.    MCI WORLDCOM Synergies Management Company, Inc., Affiliate/Subsidiary of MCI

178.    MCI WorldCom Taiwan Co. Ltd., Affiliate/Subsidiary of MCI

179.    MCI WorldCom Telecommunication Services Austria Gesellschaft m.b.H.,
        Affiliate/Subsidiary of MCI

180.    MCI WorldCom Telecommunications (Hellas) Single-Member Limited Liability
        Company, Affiliate/Subsidiary of MCI

181.    MCI WorldCom Telecommunications (Czech Republic), s.r.o., Affiliate/Subsidiary of
        MCI

182.    MCI Worldphone Limited, Affiliate/Subsidiary of MCI

183.    MEDUSA Beteiligungsverwaltungs-Gesellschaft Nr. 32 mbH, Affiliate/Subsidiary of
        MCI

184.    Metrex Corporation, Affiliate/Subsidiary of MCI

185.    Metropolitan Fiber Systems/McCourt, Inc., Affiliate/Subsidiary of MCI

186.    Metropolitan Fiber Systems of Alabama, Inc., Affiliate/Subsidiary of MCI

187.    Metropolitan Fiber Systems of Arizona, Inc., Affiliate/Subsidiary of MCI

188.    Metropolitan Fiber Systems of Baltimore, Inc., Affiliate/Subsidiary of MCI

189.    Metropolitan Fiber Systems of California, Inc., Affiliate/Subsidiary of MCI

190.    Metropolitan Fiber Systems of Columbus, Inc., Affiliate/Subsidiary of MCI

191.    Metropolitan Fiber Systems of Connecticut, Inc., Affiliate/Subsidiary of MCI

192.    Metropolitan Fiber Systems of Dallas, Inc., Affiliate/Subsidiary of MCI

193. Metropolitan Fiber Systems of Delaware, Inc., Affiliate/Subsidiary of MCI

194. Metropolitan Fiber Systems of Denver, Inc., Affiliate/Subsidiary of MCI

195. Metropolitan Fiber Systems of Detroit, Inc., Affiliate/Subsidiary of MCI

196. Metropolitan Fiber Systems of Florida, Inc., Affiliate/Subsidiary of MCI

197. Metropolitan Fiber Systems of Hawaii, Inc., Affiliate/Subsidiary of MCI

198. Metropolitan Fiber Systems of Houston, Inc., Affiliate/Subsidiary of MCI

199. Metropolitan Fiber Systems of Indianapolis, Inc., Affiliate/Subsidiary of MCI

200. Metropolitan Fiber Systems of Iowa, Inc., Affiliate/Subsidiary of MCI

201. Metropolitan Fiber Systems of Kansas City, Missouri, Inc., Affiliate/Subsidiary of MCI

202. Metropolitan Fiber Systems of Kansas, Inc., Affiliate/Subsidiary of MCI

203. Metropolitan Fiber Systems of Kentucky, Inc., Affiliate/Subsidiary of MCI

204. Metropolitan Fiber Systems of Massachusetts, Inc., Affiliate/Subsidiary of MCI

205. Metropolitan Fiber Systems of Minneapolis/St. Paul, Inc., Affiliate/Subsidiary of MCI

206. Metropolitan Fiber Systems of Nebraska, Inc., Affiliate/Subsidiary of MCI

207. Metropolitan Fiber Systems of Nevada, Inc., Affiliate/Subsidiary of MCI

208. Metropolitan Fiber Systems of New Hampshire, Inc., Affiliate/Subsidiary of MCI

209. Metropolitan Fiber Systems of New Jersey, Inc., Affiliate/Subsidiary of MCI

210. Metropolitan Fiber Systems of New Orleans, Inc., Affiliate/Subsidiary of MCI

211. Metropolitan Fiber Systems of New York, Inc., Affiliate/Subsidiary of MCI

212. Metropolitan Fiber Systems of North Carolina, Inc., Affiliate/Subsidiary of MCI

213. Metropolitan Fiber Systems of Ohio, Inc., Affiliate/Subsidiary of MCI

214. Metropolitan Fiber Systems of Oklahoma, Inc., Affiliate/Subsidiary of MCI

215. Metropolitan Fiber Systems of Oregon, Inc., Affiliate/Subsidiary of MCI

216. Metropolitan Fiber Systems of Philadelphia, Inc., Affiliate/Subsidiary of MCI

217. Metropolitan Fiber Systems of Pittsburgh, Inc., Affiliate/Subsidiary of MCI

218.  Metropolitan Fiber Systems of Rhode Island, Inc., Affiliate/Subsidiary of MCI

219.  Metropolitan Fiber Systems of Seattle, Inc., Affiliate/Subsidiary of MCI

220.  Metropolitan Fiber Systems of St. Louis, Inc., Affiliate/Subsidiary of MCI

221.  Metropolitan Fiber Systems of Tennessee, Inc., Affiliate/Subsidiary of MCI

222.  Metropolitan Fiber Systems of Virginia, Inc., Affiliate/Subsidiary of MCI

223.  Metropolitan Fiber Systems of Wisconsin, Inc., Affiliate/Subsidiary of MCI

224.  MFS CableCo U.S., Inc., Affiliate/Subsidiary of MCI

225.  MFS Communications of Canada, Inc., Affiliate/Subsidiary of MCI

226.  MFS Datanet, Inc., Affiliate/Subsidiary of MCI

227.  MFS Foreign Personnel, Inc., Affiliate/Subsidiary of MCI

228.  MFS Global Communications, Inc.

229.  MFS Globenet, Inc., Affiliate/Subsidiary of MCI

230.  MFS International Holdings, L.L.C., Affiliate/Subsidiary of MCI

231.  MFS International Opportunities, Inc.

232.  MFS Network Technology Ltd., Affiliate/Subsidiary of MCI

233.  MFS Telecom, Inc., Affiliate/Subsidiary of MCI

234.  MFS Telephone, Inc., Affiliate/Subsidiary of MCI

235.  MFS Telephone of Missouri, Inc., Affiliate/Subsidiary of MCI

236.  MFS Telephone of New Hampshire, Inc., Affiliate/Subsidiary of MCI

237.  MFS Telephone of Virginia, Inc., Affiliate/Subsidiary of MCI

238.  MFSA Holding, Inc., Affiliate/Subsidiary of MCI

239.  MFS/C-TEC, Affiliate/Subsidiary of MCI

240.  Military Communications Center, Inc., Affiliate/Subsidiary of MCI

241.  MK International AS, Affiliate/Subsidiary of MCI

242.  MK International A/S, Affiliate/Subsidiary of MCI

243.   MK International Limited "New Zealand", Affiliate/Subsidiary of MCI

244.   MK International Limited, Affiliate/Subsidiary of MCI

245.   MK International Project Management Pte Limited, Affiliate/Subsidiary of MCI

246.   MK International Project Management Pty Limited, Affiliate/Subsidiary of MCI

247.   MK International Project Management S.L., Affiliate/Subsidiary of MCI

248.   MK International Projekt Menedzsment Kft., Affiliate/Subsidiary of MCI

249.   MK International SA, Affiliate/Subsidiary of MCI

250.   MK International S.r.l., Affiliate/Subsidiary of MCI

251.   MK International s.r.o., Affiliate/Subsidiary of MCI

252.   MK International Sp. z o.o., Affiliate/Subsidiary of MCI

253.   MK International Telekommunikationsgesellschaf m.b.H., Affiliate/Subsidiary of MCI

254.   MKI Cellular Limited, Affiliate/Subsidiary of MCI

255.   MKI GmbH, Affiliate/Subsidiary of MCI

256.   MKI Project Management Private Limited

257.   MKI Taiwan Limited, Affiliate/Subsidiary of MCI

258.   MKIP – Gestao de Projectos, Lda, Affiliate/Subsidiary of MCI

259.   MobileComm Europe, Inc., Affiliate/Subsidiary of MCI

260.   Mtel (UK) Limited, Affiliate/Subsidiary of MCI

261.   Mtel American Radiodetermination Corporation, Affiliate/Subsidiary of MCI

262.   Mtel Asia, Inc., Affiliate/Subsidiary of MCI

263.   Mtel Cellular, Inc., Affiliate/Subsidiary of MCI

264.   Mtel Chile S.A., Affiliate/Subsidiary of MCI

265.   Mtel del Ecuador S.A., Affiliate/Subsidiary of MCI

266.   Mtel Digital Services, Inc., Affiliate/Subsidiary of MCI

267.   Mtel Dominicana, S.A. (50%), Affiliate/Subsidiary of MCI

268.   Mtel Guatemala S.A. (50%), Affiliate/Subsidiary of MCI

269.   Mtel International, Inc., Affiliate/Subsidiary of MCI

270.   Mtel Latin America, Inc., Affiliate/Subsidiary of MCI

271.   Mtel Microwave, Inc., Affiliate/Subsidiary of MCI

272.   Mtel Service Corporation, Affiliate/Subsidiary of MCI

273.   Mtel Space Technologies Corporation, Affiliate/Subsidiary of MCI

274.   Mtel Technologies, Inc., Affiliate/Subsidiary of MCI

275.   Mtel Uruguay S.A., Affiliate/Subsidiary of MCI

276.   National Telecommunications of Florida, Inc., Affiliate/Subsidiary of MCI

277.   N.C.S. Equipment Corporation, Affiliate/Subsidiary of MCI

278.   Netwave Systems, Inc., Affiliate/Subsidiary of MCI

279.   networkMCI, Inc., Affiliate/Subsidiary of MCI

280.   New England Fiber Communications L.L.C., Affiliate/Subsidiary of MCI

281.   New Startel Participacoes Ltda

282.   Northeast Networks, Inc., Affiliate/Subsidiary of MCI

283.   Nova Cellular Co., Affiliate/Subsidiary of MCI

284.   NTC, Inc., Affiliate/Subsidiary of MCI

285.   Nubal S.A., Affiliate/Subsidiary of MCI

286.   N.V. WorldCom, S.A., Affiliate/Subsidiary of MCI

287.   Overseas Telecommunications, Inc., Affiliate/Subsidiary of MCI

288.   OzEmail Fax Investments Pty Limited, Affiliate/Subsidiary of MCI

289.   OzEmail Pty Limited, Affiliate/Subsidiary of MCI

290.   Power Up Pty Limited, Affiliate/Subsidiary of MCI

291.   Proceda Tecnologia e Informatica, S.A., Affiliate/Subsidiary of MCI

292.   PT MCI WorldCom Indonesia, Affiliate/Subsidiary of MCI

293.    Satalite Data Networks, Ltd.

294.    Satalite Data Networks "Pty", Ltd.

295.    SE Network Access Pty Limited, Affiliate/Subsidiary of MCI

296.    SkyTel Communications, Inc.

297.    SkyTel Corp., Affiliate/Subsidiary of MCI

298.    SkyTel Panama, Affiliate/Subsidiary of MCI

299.    SkyTel Payroll Services, LLC, Affiliate/Subsidiary of MCI

300.    Smartcom Cellular

301.    Southern Wireless Video, Inc., Affiliate/Subsidiary of MCI

302.    Southernnet, Inc., Affiliate/Subsidiary of MCI

303.    Southernet of South Carolina, Inc., Affiliate/Subsidiary of MCI

304.    Southernnet Systems, Inc., Affiliate/Subsidiary of MCI

305.    Startel-Participacoes Ltda., Affiliate/Subsidiary of MCI

306.    Telecom* USA, Inc., Affiliate/Subsidiary of MCI

307.    Teleconnect Company, Affiliate/Subsidiary of MCI

308.    Teleconnect Long Distance Services & Systems Co., Affiliate/Subsidiary of MCI

309.    Telefonica Pan Americana MCI, BV, Affiliate/Subsidiary of MCI

310.    Telefonica Pan Americana MCI de Panama, S.A., Affiliate/Subsidiary of MCI

311.    Tenant Network Services, Inc., Affiliate/Subsidiary of MCI

312.    The Public IP Exchange Limited, Affiliate/Subsidiary of MCI

313.    TMC Communications, Inc., Affiliate/Subsidiary of MCI

314.    TransCall America, Inc., Affiliate/Subsidiary of MCI

315.    Tru Vision Wireless, Inc., Affiliate/Subsidiary of MCI

316.    Tru Vision-Flippin, Inc., Affiliate/Subsidiary of MCI

317.    TTI National, Inc., Affiliate/Subsidiary of MCI

318.    Unipalm Group plc, Affiliate/Subsidiary of MCI

319.    Unipalm Limited, Affiliate/Subsidiary of MCI

320.    UUNET ApS, Affiliate/Subsidiary of MCI

321.    UUNET Argentina S.R.L., Affiliate/Subsidiary of MCI

322.    UUNET Australia Limited, Affiliate/Subsidiary of MCI

323.    UUNET Austria GmbH, Affiliate/Subsidiary of MCI

324.    UUNET Brasil Ltda, Affiliate/Subsidiary of MCI

325.    UUNET Botswana, "Pty" Ltd.

326.    UUNET Caribbean, Inc. (Incorporated in Delaware), Affiliate/Subsidiary of MCI

327.    UUNET Czech, s.r.o., Affiliate/Subsidiary of MCI

328.    UUNET Deutschland GmbH, Affiliate/Subsidiary of MCI

329.    UUNET Development B.V., Affiliate/Subsidiary of MCI

330.    UUNET Equipment Singapore Pte. Ltd., Affiliate/Subsidiary of MCI

331.    UUNET European Operations Center B.V., Affiliate/Subsidiary of MCI

332.    UUNET Finland Oy, Affiliate/Subsidiary of MCI

333.    UUNET France S.A., Affiliate/Subsidiary of MCI

334.    UUNET Global Alliances, Inc.

335.    UUNET Hellas EPE (Greece), Affiliate/Subsidiary of MCI

336.    UUNET Holding B.V., Affiliate/Subsidiary of MCI

337.    UUNET Holdings Corp., Affiliate/Subsidiary of MCI

338.    UUNET Holdings Australia Pty Ltd., Affiliate/Subsidiary of MCI

339.    UUNET Holdings GmbH, Affiliate/Subsidiary of MCI

340.    UUNET Hong Kong Limited, Affiliate/Subsidiary of MCI

341.    UUNET Hungary Kft, Affiliate/Subsidiary of MCI

342.    UUNET International (Chile) Limitada, Affiliate/Subsidiary of MCI

343.    UUNET International, Ltd., Affiliate/Subsidiary of MCI

344.    UUNET International Panama, S.A., Affiliate/Subsidiary of MCI

345.    UUNET Ireland Limited, Affiliate/Subsidiary of MCI

346.    UUNET Israel Internet Service Provider Ltd., Affiliate/Subsidiary of MCI

347.    UUNET Italia S.R.L., Affiliate/Subsidiary of MCI

348.    UUNET Japan, Inc., Affiliate/Subsidiary of MCI

349.    UUNET Japan Ltd., Affiliate/Subsidiary of MCI

350.    UUNET Kenya Ltd.

351.    UUNET Malaysia Sdn. Bhd., Affiliate/Subsidiary of MCI

352.    UUNET Mexico, S. de R.L. de C.V., Affiliate/Subsidiary of MCI

353.    UUNET Namibia "Pty" Ltd.

354.    UUNET Norway AS, Affiliate/Subsidiary of MCI

355.    UUNET Payroll Services, LLC, Affiliate/Subsidiary of MCI

356.    UUNET Peru S.r.l., Affiliate/Subsidiary of MCI

357.    UUNET Pipex Belgium, N.V., Affiliate/Subsidiary of MCI

358.    UUNET Pipex B.V., Affiliate/Subsidiary of MCI

359.    UUNET Polska Sp. z o.o., Affiliate/Subsidiary of MCI

360.    UUNET Portugal Sociedade Unipessoal Lda, Affiliate/Subsidiary of MCI

361.    UUNET SA Pty Ltd, Affiliate/Subsidiary of MCI

362.    UUNET Schweiz GmbH, Affiliate/Subsidiary of MCI

363.    UUNET Services Amsterdam B.V., Affiliate/Subsidiary of MCI

364.    UUNET Services B.V., Affiliate/Subsidiary of MCI

365.    UUNET Singapore Pte. Ltd., Affiliate/Subsidiary of MCI

366.    UUNET Sweden AB, Affiliate/Subsidiary of MCI

367.    UUNET Technologies, Inc., Affiliate/Subsidiary of MCI

368.   UUNET Venezuela C.A., Affiliate/Subsidiary of MCI

369.   UUNET Vostok, Affiliate/Subsidiary of MCI

370.   UUNET Zambia Ltd.

371.   UUSociedad Espanola de Servicios de Internet, UUNET, S.L., Affiliate/Subsidiary of MCI

372.   Virginia Metrotel, Inc., Affiliate/Subsidiary of MCI

373.   Western Business Network, Inc., Affiliate/Subsidiary of MCI

374.   Wireless One of Bryan, Texas, Inc. (80%), Affiliate/Subsidiary of MCI

375.   Wireless One, Inc., Affiliate/Subsidiary of MCI

376.   Wireless Video Enhanced Services, Affiliate/Subsidiary of MCI

377.   Wireless Video Enterprises, Inc., Affiliate/Subsidiary of MCI

378.   Wireless Video Services, Affiliate/Subsidiary of MCI

379.   WorldCom, Inc. (Parent), Affiliate/Subsidiary of MCI

380.   WorldCom Advanced Networks Consulting Limited, Affiliate/Subsidiary of MCI

381.   WorldCom Advanced Networks Limited, Affiliate/Subsidiary of MCI

382.   WorldCom Aktiebolag, Affiliate/Subsidiary of MCI

383.   WorldCom Broadband Solutions, Inc., Affiliate/Subsidiary of MCI

384.   WorldCom Canada Ltd., Affiliate/Subsidiary of MCI

385.   WorldCom Caribbean, Inc., Affiliate/Subsidiary of MCI

386.   WorldCom Colombia S.A., Affiliate/Subsidiary of MCI

387.   WorldCom Communications GmbH

388.   WorldCom Communications India Private Limited

389.   WorldCom de Venezuela, S.A., Affiliate/Subsidiary of MCI

390.   WorldCom Development S.A., Affiliate/Subsidiary of MCI

391.   WorldCom East, Inc., Affiliate/Subsidiary of MCI

392.   WorldCom Egypt LLC, Affiliate/Subsidiary of MCI

393.   WorldCom ETC, Inc.

394.   WorldCom Federal Systems, Inc., Affiliate/Subsidiary of MCI

395.   WorldCom Funding Corporation, Affiliate/Subsidiary of MCI

396.   WorldCom Global Networks Limited, Affiliate/Subsidiary of MCI

397.   WorldCom Global Strategic Alliances, Inc.

398.   WorldCom Global Strategic Alliances International, Inc.

399.   WorldCom Holding (Hong Kong) Limited, Affiliate/Subsidiary of MCI

400.   WorldCom Holding do Brazil, Ltda

401.   WorldCom ICC, Inc., Affiliate/Subsidiary of MCI

402.   WorldCom Intermedia Communications Corporation

403.   WorldCom Intermedia Telecom, Inc.

404.   WorldCom Intermedia, Inc.

405.   WorldCom International Data Services, Inc., Affiliate/Subsidiary of MCI

406.   WorldCom International El Salvador, S.A. de C.V., Affiliate/Subsidiary of MCI

407.   WorldCom International Internet and Telecommunications Services, LLC

408.   WorldCom International, Inc., Affiliate/Subsidiary of MCI

409.   WorldCom International Mobile Services LLC, Affiliate/Subsidiary of MCI

410.   WorldCom International Mobile Services, Inc., Affiliate/Subsidiary of MCI

411.   WorldCom Network Services Asia, Inc., Affiliate/Subsidiary of MCI

412.   WorldCom New Zealand Limited

413.   WorldCom Northern Limited, Affiliate/Subsidiary of MCI

414.   WorldCom Overseas Holding, Inc., Affiliate/Subsidiary of MCI

415.   WorldCom Payroll Services, LLC, Affiliate/Subsidiary of MCI

416.   WorldCom Purchasing, LLC, Affiliate/Subsidiary of MCI

417.   WorldCom Switzerland LLC, Affiliate/Subsidiary of MCI

418.   WorldCom Telecommunications A/S, Affiliate/Subsidiary of MCI

419.   WorldCom Ventures, Inc., Affiliate/Subsidiary of MCI

420.   WorldCom West Indies Limited, Affiliate/Subsidiary of MCI

421.   WorldCom Wireless (UK) Limited, Affiliate/Subsidiary of MCI

422.   WorldCom Wireless, Inc., Affiliate/Subsidiary of MCI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SR INTERNATIONAL BUSINESS INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>    v.<br><br>MCI, INC, et al.,<br><br>                    Defendants. | 04 Civ. 04567 (DLC)<br><br>ECF CASE<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK      )
                                            *ss:*
COUNTY OF NEW YORK   )

MELANIE J. HOSHKO, over eighteen years of age, being duly sworn hereby deposes and says:

1.       I am a paralegal employed by the law firm of Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C., Attorneys for Defendant MCI, Inc., in the within matter.

2.       On August 11, 2004, I personally served a true and correct copy of Defendant's Rule 7.1 Disclosure Statement by regular mail and by enclosing the same in properly addressed, postage paid envelope addressed to the following:

Richard A. Kissell (RK-0072)
Charles Hyman (CH-8676)
Kissell & Pesce LLP
555 White Plains Road, 5th Floor
Tarrytown, New York 10591
(914) 750-5933 (phone)
(914) 750-5922 (fax)
Email: chyman@kplaw.net
Email: rkissel@kplaw.net
*Attorneys for Plaintiff, SR International Business Insurance Company*

Cory Edward Friedman, Esq.
Law Office of Cory E. Friedman
123 East 75th Street
New York, NY  10021
(212) 897-9751 (phone)
(212) 879-2595 (fax)
Email: c.friedman@att.net
*Attorney for Defendant, Bert C. Roberts, Jr.*

and depositing the same in a receptacle under the exclusive care and custody of the United States

Postal Service.

                                        /s Melanie J. Hoshko
                                        Melanie J. Hoshko

Sworn to before me this 11th
of August, 2004.

_____/s Constance J. Kaplan_____
Notary Public, State of New York
No. 01KA6007186
Qualified in New York County
Commission Expires May 18, 2006