UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SR INTERNATIONAL BUSINESS
INSURANCE COMPANY,

    Plaintiff,

v.

MCI, INC, et al.,

    Defendants.

---

04 Civ. 04567 (DLC)

ECF CASE

STIPULATION AND ORDER

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED:*

IT IS HEREBY STIPULATED AND AGREED as follows:

1. In order to provide time for the Defendant, MCI, Inc. ("MCI"), and Plaintiff, SR International Business Insurance Company, to continue ongoing discussions concerning the possible resolution of disputes forming the basis of this litigation, the time within which MCI may answer or move with respect to the operative complaint herein is extended to October 25, 2004. This is the first request for an extension by or for MCI.

2. The execution of this stipulation and order shall not and does not constitute an appearance by MCI, nor does it constitute a waiver of any defense available herein.

/s/ Charles Hyman
Richard A. Kissell (RK-0072)
Charles Hyman (CH-8676)
Kissell & Pesce LLP
5th Floor
555 White Plains Road
Tarrytown, New York 10591
(914) 750-5933 (phone)
(914) 750-5922 (fax)
*Attorneys for Plaintiff,
SR International Business
Insurance Company*

/s/ Michael S. O'Reilly
Patrick C. Dunican, Jr. (PCD-9401)
Michael S. O'Reilly (MO-4609)
Gibbons, Del Deo, Dolan Griffinger
 & Vecchione, P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
(212) 649-4705 (phone)
(973) 639-6320 (fax)
*Attorneys for Defendant, MCI, Inc.*

**SO ORDERED:**

_____
U.S.D.J.

September 21, 2004

Of Counsel:

David W. Steuber, Esq.
Howrey Simon Arnold & White, LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800 (phone)
(213) 892-2300 (fax)
*Attorneys for Defendant, MCI, Inc.*

**SO ORDERED:**

_____
Hon. Denise L. Cote
United States District Judge