UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------

| | |
|---|---|
| SR INTERNATIONAL BUSINESS INSURANCE COMPANY <br>                              Plaintiff, <br>      -against- <br><br> MCI, Inc., BERNARD EBBERS, et. al., <br><br>                              Defendants. | Case No. <br> 04 Civ. 4567 <br><br> AFFIDAVIT OF SERVICE ON DEFENDANT |

------------------------------------------

STATE OF NEW YORK}
COUNTY OF NEW YORK } ss.:

1. RONALD R. BEAUMONT

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of New York** | **County of** | **Court** |

Index Number: SDNY 04CV4567
Date Filed: _____

Plaintiff:
**SR International Business Insurance Company**
vs.
Defendant:
**MCI, Inc., et al.**

For:
Legal Ease

Received these papers on the 9th day of August, 2004 at 1:27 pm to be served on **RONALD R. BEAUMONT 10736 County Road, Texas, TX. 76050 (817) 866-4867**.

I, Michael Northrup, being duly sworn, depose and say that on the **16th day of August, 2004 at 3:00 pm, I:**

**Substitute Served** by leaving a true copy of this **Summons in a Civil Case, Judges Rules, Instructions for Filing an Electronic Case or Appeal, Magistrate Judge's Rules, Rule 7.1 Statement, Complaint and Jury Demand, First Amended Complaint and Jury Demand, Exhibits to First Amended Complaint Vol I, Exhibits to First Amended Complaint Vol II** with the date and hour of service endorsed thereon by me, at the within named person's usual place of business, to a person employed therein to wit: Patrick Jacobs as Authorized Person and informing said person of the contents thereof.

**Description** of Person Served: Age: 20s, Sex: M, Race/Skin Color: White, Height: 6'3, Weight: 200, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Michael Northrup

Subscribed and Sworn to before me on the 9th day of September, 2004 by the affiant who is personally known to me.

NOTARY PUBLIC

STEVEN CRAIG SKINNER
MY COMMISSION EXPIRES
October 31, 2006

Our Job Serial Number: 2004000702

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| SR INTERNATIONAL BUSINESS INSURANCE COMPANY, | Case No. 04CV4567 |
| Plaintiff, | |
| -v- | **AFFIDAVIT OF SERVICE OF MAILING** |
| MCI, Inc., BERNARD EBBERS, et al., | |
| Defendants. | |

-----------------------------------------------------------------

STATE OF NEW YORK    }
COUNTY OF NEW YORK  }ss.:

Bruce Lazarus, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On August 25, 2004 I mailed a copy of the SUMMONS, JUDGE'S RULES, INSTRUCTIONS FOR ELECTRONIC FILING, MAGISTRATE JUDGE'S RULES, RULE 7.1 STATEMENT, COMPLAINT & JURY DEMAND, FIRST AMENDED COMPLAINT & JURY DEMAND, EXHIBITS TO FIRST AMENDED COMPLAINT VOL. I, and EXHIBITS TO FIRST AMENDED COMPLAINT VOL. II to **Ronald R. Beaumont,** defendant therein named, by enclosing same in an envelope, postage prepaid, properly addressed to him at 10736 County Road., Grandview, TX 76050 his last known address, and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant

*(signature)*
Bruce Lazarus

Sworn before me, this
26th day of August, 2004.

*(signature)*
Notary Public

CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-BR5084504
Qualified in Westchester County
My Commission Expires September 02, 2005