UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

SR INTERNATIONAL BUSINESS INSURANCE      Case No. 04CV4567
COMPANY,

                 Plaintiff,

       -v-                          **AFFIDAVIT OF**
                                                               **SERVICE ON**
MCI, Inc., BERNARD EBBERS, et al.,               **BERT C. ROBERTS, JR.**

                 Defendants.
-------------------------------------------------------------

STATE OF NEW YORK    }
COUNTY OF NEW YORK  }ss.:


1. BERT C. ROBERTS, JR.



139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796

*Moonlighters/Schaeffer Papers*
*100 North Main Street, Suite 2206*
*Memphis, Tennessee 38103*
          (901) 527-4623          *FAX:* (901) 578-7424

## Statement of Facts:

Service was attempted to Bert C. Roberts, Jr. on 8/5/2004. Occupant stated that he was Mr. Roberts' son and gave him a telephone number to reach Bert Jr. Process Server Andy Bland spoke to him by telephone and Mr. Roberts stated to leave the papers at the Wilshire address. Attempt was made again on 8/13/2004. Occupant would not accept the papers. Stating he was not Bert Jr. A property search shows that AlBERT Coy Roberts Jr owns 3753 Wilshire (see attached). A postal search shows no change of address for Mr. Roberts.

On 9/16/04, Margie Fletcher went to 3753 Wilshire at 2:30 p.m. There were 2 cars in the driveway, the tv was on. No one would answer the door, and she posted the papers inside the storm door.

AFFIDAVIT OF PROCESS SERVER:
I have served the Defendant of the following papers: At 3753 Wilshire Road, Memphis, TN 38111 Summons in a Civil Case; Judge's Rules; Instructions for Filing an Electronic Case or Appeal; Magistrate Judge's Rules; Rule 7.1 Statement; Complaint and Jury Demand; First Amended Complaint and Jury Demand; Exhibits to First Amended Complaint Vol I; and Exhibits to First Amended Complaint VOl II.

Docket No. SDNY 04CV4567

_____Margie Fletcher_____
          Private Process server

SWORN TO AND SUBSCRIBED before me this the 27 day of September, 2004. _____Susan E Wynne_____
                                        Notary Public
My Commission Expires: 6-7-2006



# CITY OF MEMPHIS ePAYMENTS

e-Payments Home | Privacy Policy | FA

Property Tax History

- MAKE A PAYMENT
- 5 EASY STEPS
- GLOSSARY
- CONVENIENCE FEE
- FEE CALCULATOR

**Call (901) 522-1111 for questions or problems.**

| | |
|---|---|
| Parcel Number: | 058066 00012 |
| Property Owner: | ROBERTS ALBERT COY JR |
| Property Address: | 3753 WILSHIRE RD |
| **Current Balance:** | **$0.00** |

Current balance includes all past due taxes excluding years filed in bankruptcy. Balances are calculated for today's date. Late fee programs are run daily. Your payment will be ap starting with the oldest tax year due not in bankruptcy. Do not use Internet queries for r closing - bankruptcy is not displayed, payments may not be current and refunds may be



48hr Notice
payments made will not be reflected on this site for 48hrs

| Year | Type | Assessment | Millage Rate | Tax Bill Number | Tax Assessed | Interest/ Penalty | Other Charges | Tota |
|---|---|---|---|---|---|---|---|---|
| 2004 | REAL | $13,350.00 | $3.2304 | 190158 | $431.26 | $0.00 | $0.00 | |
| 2003 | REAL | $13,350.00 | $3.2304 | 90010 | $431.26 | $0.00 | $0.00 | |
| 2002 | REAL | $13,350.00 | $3.2304 | 89899 | $431.26 | $0.00 | $0.00 | |
| 2001 | REAL | $13,350.00 | $3.2304 | 311793 | $431.26 | $0.00 | $0.00 | |
| 2000 | REAL | $11,000.00 | $3.3700 | 459366 | $370.70 | $0.00 | $0.00 | |
| 1999 | REAL | $11,000.00 | $2.7700 | 286140 | $304.70 | $0.00 | $0.00 | |
| 1998 | REAL | $11,000.00 | $2.7700 | 7089788 | $304.70 | $0.00 | $0.00 | |
| 1997 | REAL | $11,525.00 | $3.1800 | 4749800 | $366.49 | $0.00 | $0.00 | |
| 1996 | REAL | $11,525.00 | $3.1800 | 171799 | $366.49 | $0.00 | $0.00 | |
| 1995 | REAL | $11,525.00 | $3.1800 | 917768 | $366.50 | $0.00 | $0.00 | |
| 1994 | REAL | $11,525.00 | $3.1800 | 917971 | $366.50 | $0.00 | $0.00 | |

To review the payment history for any record displayed, click on the year you wish to re\ payment history will be displayed.

[ Print Version | Return to Search Menu ]

Copyright © City of Memphis 2002

Shelby County Trustee - Inquiry.asp                                                Page 1 of 1

**Owner Name:** ROBERTS ALBERT COY JR
**Property Location:** 3753 WILSHIRE RD, Memphis TN
**Mailing Address:** 3753 WILSHIRE RD MEMPHIS, TN 38111-6545
**Parcel ID#:** 05806600000120
**Legal Description:** Click Here
**This Information is as of:** Tuesday, September 28, 2004 10:12:13 AM

To see transaction details for a receivable, click on the year:

| Year | Taxing Authority | Assessment | Tax Due | Interest / Penalty | Total Fees | Total Due |
|---|---|---|---|---|---|---|
| 2004 | Shelby County | $13,350.00 | $539.34 | $0.00 | $0.00 | $539.34 |
| 2003 | Shelby County | $13,350.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2002 | Shelby County | $13,350.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2001 | Shelby County | $13,350.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2000 | Shelby County | $11,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1999 | Shelby County | $11,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1998 | Shelby County | $11,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1997 | Shelby County | $11,525.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1996 | Shelby County | $11,525.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1995 | Shelby County | $11,525.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1994 | Shelby County | $11,525.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1993 | Shelby County | $11,525.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1992 | Shelby County | $10,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | | | **$539.34** | **$0.00** | **$0.00** | **$539.34** |



Back

Search by Property Location
Search by Owner or Business Name
Search by Parcel ID Number

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

SR INTERNATIONAL BUSINESS INSURANCE      Case No. 04CV4567
COMPANY,

                Plaintiff,

        -v-                                                                                   **AFFIDAVIT OF SERVICE OF MAILING**

MCI, Inc., BERNARD EBBERS, et al.,

                Defendants.
-----------------------------------------------------------------

STATE OF NEW YORK    }
COUNTY OF NEW YORK  }ss.:

Bruce Lazarus, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at New York, NY:

On September 17, 2004 I mailed a copy of the SUMMONS, JUDGE'S RULES, INSTRUCTIONS FOR ELECTRONIC FILING, MAGISTRATE JUDGE'S RULES, RULE 7.1 STATEMENT, COMPLAINT & JURY DEMAND, FIRST AMENDED COMPLAINT & JURY DEMAND, EXHIBITS TO FIRST AMENDED COMPLAINT VOL. I, and EXHIBITS TO FIRST AMENDED COMPLAINT VOL. II to **Bert C. Roberts, Jr.**, defendant therein named, by enclosing same in an envelope, postage prepaid, properly addressed to him at 3753 Wilshire Road, Memphis, TN 38111 his last known address, and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant

                                                _____
                                                Bruce Lazarus

Sworn before me, this
17th day of September, 2004.

_____
Notary Public

    CASWELL J. BRYAN
NOTARY PUBLIC-STATE OF NEW YORK
      No. 01-BR5084504
  Qualified in Westchester County
My Commission Expires September 02, 2005

# AFFIDAVIT OF NON-SERVICE

Re:   SR International Business Insurance Company v. MCI, et al.
      SDNY 04CV 4567


I, Jimmy A. Smithson, do hereby certify that I am over the age of 18 years, am a legal resident of the state of Mississippi, and that I have no personal interest in captioned legal issue.

On Wednesday, August 25, 2004, I received the following legal documents to serve on Bert C. Roberts, 618 Cliffview Drive, Brandon, MS 39047: Summons in a Civil Case, Judge's Rules, Instructions for Filing an Electronic Case or Appeal, Magistrate Judge's Rules, Rule 7.1 Statement, Complaint and Jury Demand, Exhibits to First Amended Complaint Vol. I, and Exhibits to First Amended Complaint Vol. II.

On Wednesday, August 25, 2004, at 3:12 P.M. at 618 Cliffview Drive, Brandon, MS 39047, I spoke with Tony Willingham, the owner, and she advised that she did not know Bert C. Roberts or where he lives

_Jimmy A. Smithson_
Jimmy A. Smithson
McAllister & Associates, Inc.
Post Office Box 12082
Jackson, Mississippi
601/977-0406

STATE OF MISSISSIPPI

COUNTY OF Hinds

Subscribed and sworn to before me, in my presence,

This 27th day of August, 2004

_Ann M Harrison_
Notary Public

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES AUG 11, 2008
BONDED THRU STEGALL NOTARY SERVICE