UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------x

SR INTERNATIONAL BUSINESS
INSURANCE COMPANY,
         Plaintiff,

v.

MCI, INC., BERNARD EBBERS, SCOTT
D. SULLIVAN, BETTY L. VINSON,
TROY M. NORMAN, BUFORD YATES,
JR., JAMES C. ALLEN, JUDITH AREEN,
CARL J. AYCOCK, RONALD R.
BEAUMONT, FRANCESCO GALESI,
STILES A. KELLETT JR., GORDON'S
MACKLIN, DAVID F. MYERS, JOHN A.
PORTER, BERT C. ROBERTS JR.,
ESTATE OF JOHN W. SIDGMORE,
LAWRENCE A. TUCKER, AND,
MAX E. BOBBIT,

         Defendants.
------------------------------------------------------x

Case Number: 04-CV-4567 (DLC)

~~PROPOSED~~ ORDER GRANTING
ENLARGEMENT OF TIME PURSUANT
TO F. R. CIV. P 6(b) FOR PLAINTIFF
TO EFFECT SERVICE ON
DEFENDANT BERT C. ROBERTS, JR.

    It is hereby ORDERED that the time for Plaintiff SR International Business Insurance Company to effect service upon Defendant Bert C. Roberts, Jr. is extended for an additional period of 20 days.

                                               */s/ Denise Cote*
                                            U.S.D.J. Denise L. Cote

                                              October 21, 2004