(OTES,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SR INTERNATIONAL BUSINESS
INSURANCE COMPANY,

           Plaintiff,

  -against-

MCI, INC., BERNARD EBBERS, SCOTT D.
SULLIVAN, BETTY L. VINSON, TROY M.
NORMAND, BUFORD YATES, JR., SUSAN G.
BELL, CLIFFORD ALEXANDER, JR., JAMES C.
ALLEN, JUDITH AREEN, CARL J. AYCOCK,
RONALD R. BEAUMONT, FRANCESCO
GALESI, STILES A. KELLETT JR., GORDON S.
MACKLIN, DAVID F. MYERS, JOHN A.
PORTER, BERT C. ROBERTS, JR., ESTATE OF
JOHN W. SIDGMORE, LAWRENCE A. TUCKER
and MAX E. BOBBIT,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

04 Civ. 04567 (DLC)

ECF CASE

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2004

      IT IS HEREBY STIPULATED AND AGREED that defendant Ronald R. Beaumont's time to move, answer or otherwise respond to the Complaint in this action shall be extended to and including December 1, 2004.

Dated: New York, New York
      October 20, 2004

ROBINSON MURPHY & McDONALD

By /s/ William M. Murphy
    William M. Murphy (WM-6422)
100 Park Avenue
New York, New York 10017
Tel.: (212) 953-3400
Fax.: (212) 953-3690

Attorneys for Defendant
Ronald Beaumont

KISSEL & PESCE LLP

By /s/
    Richard A. Kissel (RK-0072)
    Charles Hyman (CH-8676)
555 White Plains Road, 5th floor
Tarrytown, New York 10591
Tel.: (914) 750-5933
Fax.: (914) 750-5922

Attorneys for Plaintiff SR
International Business Insurance Company

_____
U.S.D.J.
October 26, 2004