Pamela Rogers Chepiga (PC-6023)
Andrew Rhys Davies (AD-9952)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
(212) 610-6300



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x
:
**SR INTERNATIONAL BUSINESS
INSURANCE COMPANY,**              :        No.: 04 Civ. 4567 (DLC)
:
**Plaintiff,**             :        <u>STIPULATION AND ORDER</u>
v.                                :
:
**MCI, INC.,** *et al.,*                   :
:
**Defendants.**            :
---------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for parties to this action that the time within which defendants Clifford Alexander Jr., James C. Allen, Judith Areen, Carl J. Aycock, Stiles A. Kellett Jr., Gordon S. Macklin, John A. Porter, the Estate of John W. Sidgmore, Lawrence A. Tucker, and Max E. Bobbitt may answer or move against the operative complaint is extended to and including December 1, 2004.  The execution of this Stipulation shall not and does not constitute an appearance by any of the above-referenced defendants who have not already appeared herein, nor does it constitute a waiver of any defense available herein.

Dated: New York, New York
       October 22, 2004

                                                    Granted.
                                                    /s/ Denise Cote
                                                    October 26, 2004

NY:341192.1

_/s/ Charles Hyman_
Richard A. Kissel (RAK-0072)
Charles Hyman (CH-8676)
KISSEL & PESCE LLP
555 White Plains Road, 5th Floor
Tarrytown, New York 10591
Tel: (914) 750-5933
Fax: (914) 750-5922

*Attorneys for Plaintiff SR International
Business Insurance Company*

Pamela Rogers Chepiga (PC-6023)
Andrew Rhys Davies (AD-9952)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Defendants Carl J. Aycock &
John Porter*

Lawrence Levinson (*Admitted Pro Hac Vice*)
PIPER RUDNICK, LLP
1200 19th Street. N.W.
Washington, DC 20036-2412
Tel.: (202) 861-3900
Fax: (202) 223-2085

*Attorneys for Defendant
Clifford Alexander, Jr.*

Richard C. Schoenstein (RS-9376)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
75 East 55th Street,
New York, NY 10022
Tel.: (212) 318-6000
Fax: (212) 319-4090

*Attorneys for Defendant James C. Allen*

Brendan V. Sullivan, Jr. (BS-0318)
Michael S. Sundermeyer (MS-9485)
Christopher N. Manning (CM-4231)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendant Judith Areen*

<table>
<tr><td>

_____
Richard A. Kissel (RAK-0072)
Charles Hyman (CH-8676)
KISSEL & PESCE LLP
555 White Plains Road, 5th Floor
Tarrytown, New York 10591
Tel: (914) 750-5933
Fax: (914) 750-5922

*Attorneys for Plaintiff SR International Business Insurance Company*

</td><td>

*Pamela Rogers Chepiga* /AKD
_____
Pamela Rogers Chepiga (PC-6023)
Andrew Rhys Davies (AD-9952)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Defendants Carl J. Aycock & John Porter*

</td></tr>
</table>

---

_____
Lawrence Levinson (*Admitted Pro Hac Vice*)
PIPER RUDNICK, LLP
1200 19th Street. N.W.
Washington, DC 20036-2412
Tel.: (202) 861-3900
Fax: (202) 223-2085

*Attorneys for Defendant Clifford Alexander, Jr.*

_____
Richard C. Schoenstein (RS-9376)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
75 East 55th Street,
New York, NY 10022
Tel.: (212) 318-6000
Fax: (212) 319-4090

*Attorneys for Defendant James C. Allen*

---

_____
Brendan V. Sullivan, Jr. (BS-0318)
Michael S. Sundermeyer (MS-9485)
Christopher N. Manning (CM-4231)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendant Judith Areen*

Richard A. Kissel (RAK-0072)
Charles Hyman (CH-8676)
KISSEL & PESCE LLP
555 White Plains Road, 5th Floor
Tarrytown, New York 10591
Tel: (914) 750-5933
Fax: (914) 750-5922

*Attorneys for Plaintiff SR International
Business Insurance Company*

Lawrence Levinson (*Admitted Pro Hac Vice*)
PIPER RUDNICK, LLP
1200 19th Street. N.W.
Washington, DC 20036-2412
Tel.: (202) 861-3900
Fax: (202) 223-2085

*Attorneys for Defendant
Clifford Alexander, Jr.*

Brendan V. Sullivan, Jr. (BS-0318)
Michael S. Sundermeyer (MS-9485)
Christopher N. Manning (CM-4231)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendant Judith Areen*

Pamela Rogers Chepiga (PC-6023)
Andrew Rhys Davies (AD-9952)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Defendants Carl J. Aycock &
John Porter*

Richard C. Schoenstein (RS-9376)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
75 East 55th Street,
New York, NY 10022
Tel.: (212) 318-6000
Fax: (212) 319-4090

*Attorneys for Defendant James C. Allen*

2

| | |
|---|---|
| Richard A. Kissel (RAK-0072)<br>Charles Hyman (CH-8676)<br>KISSEL & PESCE LLP<br>555 White Plains Road, 5th Floor<br>Tarrytown, New York 10591<br>Tel: (914) 750-5933<br>Fax: (914) 750-5922<br><br>*Attorneys for Plaintiff SR International Business Insurance Company* | Pamela Rogers Chepiga (PC-6023)<br>Andrew Rhys Davies (AD-9952)<br>ALLEN & OVERY LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Tel.: (212) 610-6300<br>Fax: (212) 610-6399<br><br>*Attorneys for Defendants Carl J. Aycock & John Porter* |
| Lawrence Levinson (*Admitted Pro Hac Vice*)<br>PIPER RUDNICK, LLP<br>1200 19th Street. N.W.<br>Washington, DC 20036-2412<br>Tel.: (202) 861-3900<br>Fax: (202) 223-2085<br><br>*Attorneys for Defendant Clifford Alexander, Jr.* | Richard C. Schoenstein (RS-9376)<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>75 East 55th Street,<br>New York, NY 10022<br>Tel.: (212) 318-6000<br>Fax: (212) 319-4090<br><br>*Attorneys for Defendant James C. Allen* |
| Brendan V. Sullivan, Jr. (BS-0318)<br>Michael S. Sundermeyer (MS-9485)<br>Christopher N. Manning (CM-4231)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 434-5000<br>Fax: (202) 434-5029<br><br>*Attorneys for Defendant Judith Areen* | |

2

Richard A. Kissel (RAK-0072)
Charles Hyman (CH-8676)
KISSEL & PESCE LLP
555 White Plains Road, 5th Floor
Tarrytown, New York 10591
Tel: (914) 750-5933
Fax: (914) 750-5922

*Attorneys for Plaintiff SR International Business Insurance Company*

Lawrence Levinson (*Admitted Pro Hac Vice*)
PIPER RUDNICK, LLP
1200 19th Street, N.W.
Washington, DC 20036-2412
Tel.: (202) 861-3900
Fax: (202) 223-2085

*Attorneys for Defendant Clifford Alexander, Jr.*

Brendan V. Sullivan, Jr. (BS-0318)
Michael S. Sundermeyer (MS-9485)
Christopher N. Manning (CM-4231)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendant Judith Areen*

Pamela Rogers Chepiga (PC-6023)
Andrew Rhys Davies (AD-9952)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Defendants Carl J. Aycock & John Porter*

Richard C. Schoenstein (RS-9376)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
75 East 55th Street,
New York, NY 10022
Tel.: (212) 318-6000
Fax: (212) 319-4090

*Attorneys for Defendant James C. Allen*

*/s/ Stuart F. Pierson/JSC*
Stuart F. Pierson, Esq. (SP-3522)
TROUTMAN SANDERS LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
Tel.: (202) 274-2897
Fax: (202) 654-5622

*Attorneys for Defendant Stiles A. Kellett, Jr.*

Thomas J. Kavaler (TK-8517)
David G. Januszewski (DJ-4608)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Tel.: (212) 701-3000
Fax: (212) 269-5420

*Attorneys for Defendants Gordon S. Macklin & Lawrence C. Tucker*

Alan R. Friedman (AF-0867)
Marjorie E. Sheldon (MS-8595)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 Third Avenue
New York, New York 10022
Tel.: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for Defendant Estate of John Sidgmore*

William Boyer (*Admitted Pro Hac Vice*)
SHARP & ASSOCIATES
2020 K Street, N.W.
Suite 475
Washington, DC 20006
Tel.: (202) 467-4114
Fax: (202) 467-1625

*Attorneys for Defendant Max E. Bobbitt*

SO ORDERED:

_____
DENISE COTE
United States District Judge

3

| | |
|---|---|
| Stuart F. Pierson, Esq. (SP-3522)<br>TROUTMAN SANDERS LLP<br>401 9th Street, N.W.<br>Suite 1000<br>Washington, DC 20004-2134<br>Tel.: (202) 274-2897<br>Fax: (202) 654-5622<br><br>*Attorneys for Defendant Stiles A. Kellett, Jr.* | Thomas J. Kavaler (TK-8517)<br>David G. Januszewski (DJ-4608)<br>CAHILL GORDON & REINDEL LLP<br>80 Pine Street<br>New York, New York 10005<br>Tel.: (212) 701-3000<br>Fax: (212) 269-5420<br><br>*Attorneys for Defendants Gordon S. Macklin & Lawrence C. Tucker* |
| Alan R. Friedman (AF-0867)<br>Marjorie E. Sheldon (MS-8595)<br>KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP<br>919 Third Avenue<br>New York, New York 10022<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*Attorneys for Defendant<br>Estate of John Sidgmore* | William Boyer (*Admitted Pro Hac Vice*)<br>SHARP & ASSOCIATES<br>2020 K Street, N.W.<br>Suite 475<br>Washington, DC 20006<br>Tel.: (202) 467-4114<br>Fax: (202) 467-1625<br><br>*Attorneys for Defendant Max E. Bobbitt* |

SO ORDERED:

_____
DENISE COTE
United States District Judge

| | |
|---|---|
| Stuart F. Pierson, Esq. (SP-3522)<br>TROUTMAN SANDERS LLP<br>401 9th Street, N.W.<br>Suite 1000<br>Washington, DC 20004-2134<br>Tel.: (202) 274-2897<br>Fax: (202) 654-5622<br><br>*Attorneys for Defendant Stiles A. Kellett, Jr.* | Thomas J. Kavaler (TK-8517)<br>David G. Januszewski (DJ-4608)<br>CAHILL GORDON & REINDEL LLP<br>80 Pine Street<br>New York, New York 10005<br>Tel.: (212) 701-3000<br>Fax: (212) 269-5420<br><br>*Attorneys for Defendants Gordon S. Macklin & Lawrence C. Tucker* |
| */s/ Alan R. Friedman*<br>Alan R. Friedman (AF-0867)<br>Marjorie E. Sheldon (MS-8595)<br>KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP<br>919 Third Avenue<br>New York, New York 10022<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*Attorneys for Defendant<br>Estate of John Sidgmore* | William Boyer *(Admitted Pro Hac Vice)*<br>SHARP & ASSOCIATES<br>2020 K Street, N.W.<br>Suite 475<br>Washington, DC 20006<br>Tel.: (202) 467-4114<br>Fax: (202) 467-1625<br><br>*Attorneys for Defendant Max E. Bobbitt* |

SO ORDERED:

_____
DENISE COTE
United States District Judge

3

Stuart F. Pierson, Esq. (SP-3522)
TROUTMAN SANDERS LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
Tel.: (202) 274-2897
Fax: (202) 654-5622

*Attorneys for Defendant Stiles A. Kellett, Jr.*

Thomas J. Kavaler (TK-8517)
David G. Januszewski (DJ-4608)
CAHILL GORDON & REINDELL LLP
80 Pine Street
New York, New York 10005
Tel.: (212) 701-3000
Fax: (212) 269-5420

*Attorneys for Defendants Gordon S. Macklin & Lawrence C. Tucker*

Alan R. Freidman (AF-0867)
Marjorie E. Sheldon (MS-8595)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
919 Third Avenue
New York, New York 10022
Tel.: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for Defendant
Estate of John Sidgmore*

William F. Boyer (*Admitted Pro Hac Vice*)
SHARP & ASSOCIATES
1215 19th Street, N.W.
Washington, DC 20036
Tel.: (202) 467-4114
Fax: (202) 467-1625

*Attorneys for Defendant Max E. Bobbitt*

SO ORDERED:

DENISE COTE
Unites States District Judge