| | | |
|---|---|---|
| SR INTERNATIONAL BUSINESS INSURANCE COMPANY | * | IN THE UNITED STATES |
| Plaintiff | * | DISTRICT COURT |
| v. | * | SOUTHERN DISTRICT |
| MCI, Inc., et al. | * | OF NEW YORK |
| Defendant | * | Case No. SDNY 04CV4567 |

# AFFIDAVIT OF SERVICE

I, James J. Chartrand, hereby certify that on the 19th day of October, 2004, at approximately 6:42 a.m./p.m., I did personally serve the following pleadings:

1. Summons in a Civil Case
2. Judge's Rules
3. Instructions for Filing an Electronic Case or Appeal
4. Magistrate Judge's Rules
5. Rule 7.1 Statement
6. Complaint and Jury Demand
7. First Amended Complaint and Jury Demand
8. Exhibits to First Amended Complaint Vol I
9. Exhibits to First Amended Complaint Vol II

on Bert C. Roberts, Jr., through himself at 1801/1808 Milvale Road, Annapolis, MD 21401.

**I HEREBY CERTIFY** that I am over the age of eighteen (18) years of age and am not a party in the above captioned case.

**I DO HEREBY SOLEMNLY DECLARE AND AFFIRM** under the penalties of perjury that the contents set forth herein are true to the best of my knowledge, information, and belief.

Description:
Age: 60's
Sex: M
Height: 5'5"
Weight: 190
Hair: gray
Race: W

_____
Private Process Server
40 Ridge Avenue
Edgewater, MD 21037
(410) 279-5885