KISSEL & PESCE, LLP
555 White Plains Road
Tarrytown, New York 10591
Telephone: (914) 750-5933
Facsimile: (914) 750-5922
Charles Hyman (CH-8676)
Richard A. Kissel (RK-0072)

-------------------------------------------------x

SR INTERNATIONAL BUSINESS
INSURANCE COMPANY,

           Plaintiff,

v.

MCI, INC., BERNARD EBBERS, SCOTT
D. SULLIVAN, BETTY L. VINSON,
TROY M. NORMAND, BUFORD YATES
JR, SUSAN G. BELL, CLIFFORD A.
ALEXANDER JR., JAMES C. ALLEN,
JUDITH AREEN, CARL J. AYCOCK,
RONALD R. BEAUMONT, FRANCESCO
GALESI, STILES A. KELLETT JR,
GORDON S MACKLIN, DAVID F.
MYERS, JOHN A. PORTER, BERT C.
ROBERTS JR., ESTATE OF JOHN W.
SIDGMORE, LAWRENCE A. TUCKER,
AND MAX E. BOBBIT,

           Defendants.

-------------------------------------------------x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case Number: 04-CV-4567 (DLC)

**STIPULATION AND ORDER**

Plaintiff SR International Business Insurance Company ("SRI"), by its attorneys, and defendant Troy M. Normand ("Normand"), *pro se*, hereby agree that this action shall be, and hereby is, stayed as to defendant Normand subject to the following provisions:

1

privileges;

8. Either party may seek to terminate or modify this order at any time by agreement or by appropriate application to the court.

Dated: October 27, 2004
New York, New York

_____
Richard A. Kissel (RK-0072)
Charles Hyman (CH-8676)
Kissel & Pesce, LLP
555 White Plains Road
Tarrytown, New York 10591
Telephone: (914) 750-5933
Facsimile: (914) 750-5922
Attorneys for Plaintiff, SR International
Business Insurance Company

_____
Troy M. Normand, Defendant

SO ORDERED:

_____
Denise L. Cote, U.S.D.J.
November 12, 2004

3