*notes.*

Pamela Rogers Chepiga (PC-6023)
Andrew Rhys Davies (AD-9952)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SR INTERNATIONAL BUSINESS
INSURANCE COMPANY,

        Plaintiff,

v.

MCI, INC., *et al.*,

        Defendants.

------------------------------------x

No.: 04 Civ. 4567 (DLC)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for parties to this action that the time within which defendants Clifford Alexander Jr., James C. Allen, Judith Areen, Carl J. Aycock, Stiles A. Kellett Jr., Gordon S. Macklin, John A. Porter, the Estate of John W. Sidgmore, Lawrence A. Tucker, and Max E. Bobbitt may answer or move against the operative complaint is extended to and including January 31, 2005. The execution of this Stipulation shall not and does not constitute an appearance by any of the above-referenced defendants who have not already appeared herein, nor does it constitute a waiver of any defense available herein.

Dated: New York, New York
       November 23, 2004

SO ORDERED:

_____
U.S.D.J.
November 29, 2004

NY:341192.1

11-18-2004  03:59pm  From-KISSEL PESCE                    9147505922          T-481  P.002/002  F-678

_____
Richard A. Kissel (RAK-0072)
Charles Hyman (CH-8676)
KISSEL & PESCE LLP
555 White Plains Road, 5th Floor
Tarrytown, New York 10591
Tel: (914) 750-5933
Fax: (914) 750-5922

*Attorneys for Plaintiff SR International
Business Insurance Company*

_____
Pamela Rogers Chepiga (PC-6023)
Andrew Rhys Davies (AD-9952)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Defendants Carl J. Aycock &
John Porter*

_____
Lawrence Levinson (*Admitted Pro Hac Vice*)
PIPER RUDNICK, LLP
1200 19th Street. N.W.
Washington, DC 20036-2412
Tel.: (202) 861-3900
Fax: (202) 223-2085

*Attorneys for Defendant
Clifford Alexander, Jr.*

_____
Richard C. Schoenstein (RS-9376)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
75 East 55th Street,
New York, NY 10022
Tel.: (212) 318-6000
Fax: (212) 319-4090

*Attorneys for Defendant James C. Allen*

_____
Brendan V. Sullivan, Jr. (BS-0318)
Michael S. Sundermeyer (MS-9485)
Christopher N. Manning (CM-4231)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendant Judith Areen*

11/18/2004  15:19    2028614178                    PIPER RUDNICK                        PAGE  03/04

Richard A. Kissel (RAK-0072)
Charles Hyman (CH-8676)
KISSEL & PESCE LLP
555 White Plains Road, 5th Floor
Tarrytown, New York 10591
Tel: (914) 750-5933
Fax: (914) 750-5922

*Attorneys for Plaintiff SR International
Business Insurance Company*

_____
Lawrence Levinson *(Admitted Pro Hac Vice)*
PIPER RUDNICK, LLP
1200 19th Street, N.W.
Washington, DC 20036-2412
Tel.: (202) 861-3900
Fax: (202) 223-2085

*Attorneys for Defendant
Clifford Alexander, Jr.*

Pamela Rogers Chepiga (PC-6023)
Andrew Rhys Davies (AD-9952)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Defendants Carl J. Aycock &
John Porter*

Richard C. Schoenstein (RS-9376)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
75 East 55th Street,
New York, NY 10022
Tel.: (212) 318-6000
Fax: (212) 319-4090

*Attorneys for Defendant James C. Allen*

Brendan V. Sullivan, Jr. (BS-0318)
Michael S. Sundermeyer (MS-9485)
Christopher N. Manning (CM-4231)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendant Judith Areen*

2

Richard A. Kissel (RAK-0072)
Charles Hyman (CH-8676)
KISSEL & PESCE LLP
555 White Plains Road, 5th Floor
Tarrytown, New York 10591
Tel: (914) 750-5933
Fax: (914) 750-5922

*Attorneys for Plaintiff SR International Business Insurance Company*

Lawrence Levinson (*Admitted Pro Hac Vice*)
PIPER RUDNICK, LLP
1200 19th Street. N.W.
Washington, DC 20036-2412
Tel.: (202) 861-3900
Fax: (202) 223-2085

*Attorneys for Defendant Clifford Alexander, Jr.*

Pamela Rogers Chepiga (PC-6023)
Andrew Rhys Davies (AD-9952)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Defendants Carl J. Aycock & John Porter*

/s/ Richard C. Schoenstein

Richard C. Schoenstein (RS-9376)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
75 East 55th Street,
New York, NY 10022
Tel.: (212) 318-6000
Fax: (212) 319-4090

*Attorneys for Defendant James C. Allen*

Brendan V. Sullivan, Jr. (BS-0318)
Michael S. Sundermeyer (MS-9485)
Christopher N. Manning (CM-4231)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendant Judith Areen*

2

Richard A. Kissel (RAK-0072)
Charles Hyman (CH-8676)
KISSEL & PESCE LLP
555 White Plains Road, 5th Floor
Tarrytown, New York 10591
Tel: (914) 750-5933
Fax: (914) 750-5922

*Attorneys for Plaintiff SR International Business Insurance Company*

Pamela Rogers Chepiga (PC-6023)
Andrew Rhys Davies (AD-9952)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Defendants Carl J. Aycock & John Porter*

Lawrence Levinson (*Admitted Pro Hac Vice*)
PIPER RUDNICK, LLP
1200 19th Street. N.W.
Washington, DC 20036-2412
Tel.: (202) 861-3900
Fax: (202) 223 2085

*Attorneys for Defendant Clifford Alexander, Jr.*

Brendan V. Sullivan, Jr. (BS-0318)
Michael S. Sundermeyer (MS-9485)
Christopher N. Manning (CM-4231)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendant Judith Areen*

Richard C. Schoenstein (RS-9376)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
75 East 55th Street,
New York, NY 10022
Tel.: (212) 318-6000
Fax: (212) 319-4090

*Attorneys for Defendant James C. Allen*

2

_____
Sarah F. Pierson, Esq. (SP-3522)
TROUTMAN SANDERS LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
Tel.: (202) 274-2897
Fax: (202) 654-5622

*Attorneys for Defendant Stiles A. Kellett, Jr.*

_____
Thomas J. Kavaler (TK-8517)
David G. Januszewski (DJ-4608)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Tel.: (212) 701-3000
Fax: (212) 269-5420

*Attorneys for Defendants Gordon S. Macklin & Lawrence C. Tucker*

_____
Alan R. Friedman (AF-0867)
Marjorie E. Sheldon (MS-8595)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
919 Third Avenue
New York, New York 10022
Tel.: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for Defendant
Estate of John Sidgmore*

_____
William F. Boyer (*Admitted Pro Hac Vice*)
SHARP & ASSOCIATES
1215 19th Street, N.W.
Washington, DC 20036
Tel.: (202) 467-4114
Fax: (202) 467-1625

*Attorneys for Defendant Max E. Bobbitt*


SO ORDERED:


_____
DENISE COTE
United States District Judge

3

Nov-22-04   10:30am   From-18 Cahill Gordon & Reindel LLP         212-269-5420-18         T-910   P.002/002   F-500

---
Stuart F. Pierson, Esq. (SP-3522)
TROUTMAN SANDERS LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
Tel.: (202) 274-2897
Fax: (202) 654-5622

*Attorneys for Defendant Stiles A. Kellett, Jr.*

---
Thomas J. Kavaler (TK-8517)
David G. Januszewski (DJ-4608)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Tel.: (212) 701-3000
Fax: (212) 269-5420

*Attorneys for Defendants Gordon S. Macklin & Lawrence C. Tucker*

---
Alan R. Friedman (AF-0867)
Marjorie E. Sheldon (MS-8595)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
919 Third Avenue
New York, New York 10022
Tel.: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for Defendant Estate of John Sidgmore*

---
William F. Boyer (*Admitted Pro Hac Vice*)
SHARP & ASSOCIATES
1215 19th Street, N.W.
Washington, DC 20036
Tel.: (202) 467-4114
Fax: (202) 467-1625

*Attorneys for Defendant Max E. Bobbitt*

SO ORDERED:

_____
DENISE COTE
United States District Judge

3

11/18/04 THU 17:10 FAX 212 715 7702      KRAMER LEVIN LLP                              ☒002

Stuart F. Pierson, Esq. (SP-3522)  
TROUTMAN SANDERS LLP  
401 9th Street, N.W.  
Suite 1000  
Washington, DC 20004-2134  
Tel.: (202) 274-2897  
Fax: (202) 654-5622  

*Attorneys for Defendant Stiles A. Kellett, Jr.*

Thomas J. Kavaler (TK-8517)  
David G. Januszewski (DJ-4608)  
CAHILL GORDON & REINDEL LLP  
80 Pine Street  
New York, New York 10005  
Tel.: (212) 701-3000  
Fax: (212) 269-5420  

*Attorneys for Defendants Gordon S. Macklin & Lawrence C. Tucker*

_/s/ Alan L. Friedman_  
Alan R. Friedman (AF-0867)  
Marjorie E. Sheldon (MS-8595)  
KRAMER LEVIN NAFTALIS & FRANKEL LLP  
919 Third Avenue  
New York, New York 10022  
Tel.: (212) 715-9100  
Fax: (212) 715-8000  

*Attorneys for Defendant Estate of John Sidgmore*

William F. Boyer *(Admitted Pro Hac Vice)*  
SHARP & ASSOCIATES  
1215 19th Street, N.W.  
Washington, DC 20036  
Tel.: (202) 467-4114  
Fax: (202) 467-1625  

*Attorneys for Defendant Max E. Bobbitt*

SO ORDERED:

_____  
DENISE COTE  
United States District Judge

3

Stuart F. Pierson, Esq. (SP-3522)
TROUTMAN SANDERS LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004-2134
Tel.: (202) 274-2897
Fax: (202) 654-5622

*Attorneys for Defendant Stiles A. Kellett, Jr.*

Thomas J. Kavaler (TK-8517)
David G. Januszewski (DJ-4608)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Tel.: (212) 701-3000
Fax: (212) 269-5420

*Attorneys for Defendants Gordon S. Macklin & Lawrence C. Tucker*

Alan R. Friedman (AF-0867)
Marjorie E. Sheldon (MS-8595)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
919 Third Avenue
New York, New York 10022
Tel.: (212) 715-9100
Fax: (212) 715-8000

*Attorneys for Defendant
Estate of John Sidgmore*

William F. Boyar (*Admitted Pro Hac Vice*)
SHARP & ASSOCIATES
1215 19th Street, N.W.
Washington, DC 20036
Tel.: (202) 467-4114
Fax: (202) 467-1625

*Attorneys for Defendant Max E. Bobbitt*

SO ORDERED:

_____
DENISE COTE
United States District Judge