USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SR INTERNATIONAL BUSINESS
INSURANCE COMPANY,

    Plaintiff,

v.

MCI, INC, et al.,

    Defendants.

---

Civil Action No. 04 Civ. 04567 (DLC)

ECF CASE

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED as follows:

1. In order to provide time for the Defendant, MCI, Inc. ("MCI"), and Plaintiff, SR International Business Insurance Company, to continue ongoing discussions concerning the possible resolution of disputes forming the basis of this litigation, the time within which MCI may answer or move with respect to the operative complaint herein is extended to January 31, 2005. This is the third request for an extension by or for MCI.

2. The execution of this stipulation and order shall not and does not constitute an appearance by MCI, nor does it constitute a waiver of any defense available herein.

_/s/ Charles Hyman_
Richard A. Kissel (RK-0072)
Charles Hyman (CH-8676)
Kissel & Pesce LLP
5th Floor
555 White Plains Road
Tarrytown, New York 10591
(914) 750-5933 (phone)
(914) 750-5922 (fax)
*Attorneys for Plaintiff,*
*SR International Business*
*Insurance Company*

_/s/ Patrick C. Dunican, Jr._
Patrick C. Dunican, Jr. (PCD-9401)
Michael S. O'Reilly (MO-4609)
Gibbons, Del Deo, Dolan Griffinger
  & Vecchione, P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
(212) 649-4705 (phone)
(973) 639-6320 (fax)
*Attorneys for Defendant, MCI, Inc.*

**SO ORDERED:**

_/s/ Judge_
U.S.D.J.

December 2, 2004

Of Counsel:

David W. Steuber, Esq.
Howrey Simon Arnold & White, LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800 (phone)
(213) 892-2300 (fax)
*Attorneys for Defendant, MCI, Inc.*

**SO ORDERED:**

_____
Hon. Denise L. Cote
United States District Judge