UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

SR INTERNATIONAL BUSINESS
INSURANCE COMPANY,

              Plaintiff,

-against-

MCI, INC., BERNARD EBBERS, SCOTT D.
SULLIVAN, BETTY L. VINSON, TROY M.
NORMAND, BUFORD YATES, JR., SUSAN G.
BELL, CLIFFORD ALEXANDER, JR., JAMES C.
ALLEN, JUDITH AREEN, CARL J. AYCOCK,
RONALD R. BEAUMONT, FRANCESCO
GALESI, STILES A. KELLETT JR., GORDON S.
MACKLIN, DAVID F. MYERS, JOHN A.
PORTER, BERT C. ROBERTS, JR., ESTATE OF
JOHN W. SIDGMORE, LAWRENCE A. TUCKER
and MAX E. BOBBIT,

              Defendants.

------------------------------------X

04 Civ. 04567 (DLC)

ECF CASE

STIPULATION

IT IS HEREBY STIPULATED AND AGREED that defendant Ronald R. Beaumont's time to move, answer or otherwise respond to the Complaint in this action shall be extended to and including January 31, 2005.

Dated: New York, New York
       November 29, 2004

SO ORDERED:

_____
U.S.D.J.
December 6, 2004

ROBINSON MURPHY & McDONALD

By: _____
William M. Murphy (WM-6422)
100 Park Avenue
New York, New York 10017
Tel.: (212) 953-3400
Fax.: (212) 953-3690

Attorneys for Defendant
Ronald Beaumont

KISSEL & PESCE LLP

By: _____
Richard A. Kissel (RK-0072)
Charles Hyman (CH-8676)
555 White Plains Road, 5th floor
Tarrytown, New York 10591
Tel.: (914) 750-5933
Fax.: (914) 750-5922

Attorneys for Plaintiff SR
International Business Insurance Company