


Cory E. Friedman (CF 5946)
123 East 75th Street
New York, NY 10021
(212) 879-9751
(212) 879-2595 (fax)
Attorney for Bert C. Roberts, Jr.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
SR INTERNATIONAL BUSINESS          :
INSURANCE COMPANY,                 :
                                   :
        Plaintiff,                 :
                                   :
v.                                 :
                                   :
MCI, INC., BERNARD EBBERS,         :    04 Civ. 04567 (DLC)
SCOTT D. SULLIVAN, BETTY L.        :
VINSON, TROY M. NORMAND, BUFORD    :    ECF CASE
YATES, JR., SUSAN G. BELL,         :
CLIFFORD ALEXANDER, JR., JAMES     :
C. ALLEN, JUDITH AREEN, CARL       :
J. AYCOCK, RONALD R. BEAUMONT,     :
FRANCESCO GALESI, STILES A.        :    **NOTICE OF MOTION FOR**
KELLETT, JR., GORDON S. MACKLIN,   :    **ADMISSION PRO HAC VICE**
DAVID F. MYERS, JOHN A. PORTER,    :
BERT C. ROBERTS, JR., ESTATE       :
OF JOHN W. SIDGMORE, LAWRENCE      :
A. TUCKER, JUAN VILLALONGA, MAX    :
E. BOBBITT, AND JOHN DOES 1-50,    :
                                   :
        Defendants.                :
                                   :
------------------------------------x

Granted
dlc
12/15/04

**PLEASE TAKE NOTICE** that, upon the Motion for Admission *Pro Hac Vice* of George E. Ridge, the Declaration George E. Ridge, Esq., and the Exhibit attached to the proposed order, submitted herewith, the undersigned will move the Court on July 29, 2004 at 9:30 a.m. or as soon thereafter as counsel may be heard for an order admitting

George E. Ridge *pro hac vice* in the above-captioned case on behalf of Defendant Bert C. Roberts, Jr.

Dated:   July 14, 2004
         New York, NY

_____
Cory E. Friedman (CF 5946)
123 East 75th Street
New York, NY 10021
(212) 879-9751
(212) 879-2595 (fax)
Attorney for
Bert C. Roberts, Jr.