George E. Ridge
Pro Hac Vice Application Pending
COOPER RIDGE & LANTINBERG, P.A.
200 West Forsyth Street, Ste. 1200
Jacksonville, FL 32202
(904) 353-6550
(904) 353-7550 (fax)

Cory E. Friedman (CF 5946)
123 East 75th Street
New York, NY 10021
(212) 879-9751
(212) 879-2595 (fax)

Attorneys for Bert C. Roberts, Jr.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------x
:
SR INTERNATIONAL BUSINESS         :
INSURANCE COMPANY,                :
                                  :
        Plaintiff,                :
                                  :
v.                                :
                                  :
MCI, INC., BERNARD EBBERS,        :   04 Civ. 04567 (RCC)
SCOTT D. SULLIVAN, BETTY L.       :
VINSON, TROY M. NORMAND, BUFORD   :       ECF CASE
YATES, JR., SUSAN G. BELL,        :
CLIFFORD ALEXANDER, JR., JAMES    :
C. ALLEN, JUDITH AREEN, CARL      :    Granted on 6/29/04.
J. AYCOCK, RONALD R. BEAUMONT,    :          dlc
FRANCESCO GALESI, STILES A.       :         3/24/05.
KELLETT, JR., GORDON S. MACKLIN,  :
DAVID F. MYERS, JOHN A. PORTER,   :
BERT C. ROBERTS, JR., ESTATE      :
OF JOHN W. SIDGMORE, LAWRENCE     :
A. TUCKER, JUAN VILLALONGA, MAX   :
E. BOBBITT, AND JOHN DOES 1-50,   :
                                  :
        Defendants.               :
                                  :
---------------------------------x



**NOTICE OF BERT C. ROBERTS, JR.'S MOTION
<u>FOR REASSIGNMENT OF THIS CASE</u>**
