UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                     :

SR INTERNATIONAL BUSINESS INSURANCE  :
COMPANY,

              Plaintiff,

    -against-

MCI, INC.; BERNARD EBBERS; SCOTT D.
SULLIVAN; BETTY L. VINSON; TROY M.
NORMAND; BUFORD YATES, JR.; SUSAN G.
BELL; CLIFFORD ALEXANDER, JR.; JAMES C.
ALLEN; JUDITH AREEN; CARL J. AYCOCK;
RONALD R. BEAUMONT; FRANCESCO GALESI;
STILES A. KELLETT, JR.; GORDON S.
MACKLIN; DAVID F. MYERS; JOHN A.
PORTER; BERT C. ROBERTS, JR.; ESTATE OF
JOHN W. SIDGMORE; LAWRENCE A. TUCKER;
JUAN VILLALONGA; MAX E. BOBBIT; and
JOHN DOES, 1-50,

             Defendants.

----------------------------------------X

04 CIV. 4567 (DLC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/26/08__

DENISE COTE, District Judge:

    This case having been resolved, it is hereby

    ORDERED that the Clerk of Court shall close the case.

Dated:    New York, New York
          March 26, 2008

                              _____
                                 DENISE COTE
                  United States District Judge